AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Michael Pengchung Lee<br><br>_Defendant_ | Case No. 23-02094MJ |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)  Michael Pengchung Lee,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 875(c)

Date: 10/24/2023

_Issuing officer's signature_

Bruce G. Macdonald, US Magistrate Judge

_Printed name and title_

City and state: Tucson, Arizona

### Return

This warrant was received on (date) 10/24/2023, and the person was arrested on (date) 10/25/2023
at (city and state) Tucson Arizona.

Date: 10/25/23

_Arresting officer's signature_

AUSTIN SPALLA  TASK FORCE OFC.

_Printed name and title_