**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. Magistrate Judge:** Michael A. Ambri | **Date:** October 30, 2023 |
| **USA v. Michael Pengchung Lee** | **Case Number:** 23-02094MJ-001-TUC-MAA |

**Assistant U.S. Attorney:**  Adam David Rossi
**Attorney for Defendant:**  **Nancy Arce and Leo Costales**, Assistant Federal Public Defender
**Interpreter:** N/A
**Defendant:**  ☒ Present       ☒ Custody

**DETENTION/DANGEROUSNESS HEARING:**      ☒   Held

The government advises it is in agreement with defense counsel that based on the description under subsection E, there is no presumption once the dangerousness hearing starts.

Government's witness, Federal Bureau of Investigation Officer Dan Douglass, is sworn and examined.

Government is in concurrence with Pretrial Services and argues for detention. Defense counsel argues for release. The Court finds the defendant is a risk of non-appearance for reasons stated on the record. The Court finds the government has proven by clear and convincing evidence that the defendant is a danger to the community, based on the nature of the alleged offense, nature of the threats, internet searches, the testimony presented, mental health issues, substance abuse issues and criminal record.  Therefore, IT IS ORDERED the defendant is detained pending trial.

Defense counsel moves for disclosure to be provided under Rule 26.2.  The Government argues in response.  For reasons stated on the record, the Court denies the motion.

The Court confirms the Preliminary Hearing is set for 11/9/2023 at 9:10 AM before this Court.

**Recorded By** Courtsmart
**Deputy Clerk** Silvia Guzman

DH/DH  1hr 7 min

Start:  11:20 AM
Stop:     1:09 PM