Tuesday, September 26, 2023

But if I can't have that then I must exact revenge on the society that denied me that
Sep 26, 2023, 11:27 PM: lulu

LU

I just wanted to be loved bro
Sep 26, 2023, 11:27 PM: lulu

LU

That's about the closest homies like me would experience
Sep 26, 2023, 11:13 PM: lulu

LU

I would've roped long ago
Sep 26, 2023, 8:46 PM: lulu

LU

Jeeeeesus
Sep 26, 2023, 8:46 PM: lulu

LU

And still wage cucking
Sep 26, 2023, 8:46 PM: lulu

LU

NE

And my dog likes you guy
Sep 26, 2023, 6:50 AM:

NE

You got me and Jon Dokter
Sep 26, 2023, 6:50 AM:

NE

Jeeeesus
Sep 26, 2023, 6:50 AM:

N1
Sep 26, 2023, 6:02 AM: lulu

LU





 LU — I should just rope rn
Sep 26, 2023, 6:02 AM: lulu

LU — Dude I have no funds, no gf, no friends, no future, no dick
Sep 26, 2023, 6:02 AM: lulu

Sunday, September 24, 2023

NE — Jeeeesus
Sep 24, 2023, 9:33 PM: [redacted]

NE — You could tutor for 30 bucks an hour in the cool AC and not shoot people up and not sell drugs n1
Sep 24, 2023, 9:33 PM: [redacted]

NE — What about not killing people and instead just going to asian restaurants like you used to?
Sep 24, 2023, 4:16 AM: [redacted]

LU — Don’t go near sorority row
Sep 24, 2023, 3:06 AM: lulu

LU — I’m going to do it tonight bro
Sep 24, 2023, 3:05 AM: lulu

LU — Sure am
Sep 24, 2023, 3:05 AM: lulu

NE — You still thinking of going the Supreme Gentleman route?
Sep 24, 2023, 3:05 AM: [redacted]

Saturday, September 23, 2023

NE — N1 sure should
Sep 23, 2023, 4:09 AM: [redacted]

LU: Jesus sure can but I'd have to move closer to the u of a
Sep 23, 2023, 2:01 AM: lulu

NE: Jeeeesus. Well bro...i hope youre just joking and you just do Uber. N1
Sep 23, 2023, 2:01 AM: [redacted]

LU: Or clap
Sep 23, 2023, 12:42 AM: lulu

LU: But I'll at least make sure some chads and Stacie's can't Uber either
Sep 23, 2023, 12:42 AM: lulu

NE: If you go ER you cant Uber
Sep 23, 2023, 12:41 AM: [redacted]

NE: Jon Dokter told me you got approved for Uber
Sep 23, 2023, 12:40 AM: [redacted]

NE: Jeeeesus guy
Sep 23, 2023, 12:40 AM: [redacted]

Friday, September 22, 2023

LU: The chickens have come home to roost
Sep 22, 2023, 9:33 PM: lulu

NE: N1
Sep 22, 2023, 9:25 AM: [redacted]

LU: Only chads and staciesn1
Sep 22, 2023, 4:24 AM: lulu

Jesus sure won't
Sep 22, 2023, 4:24 AM: lulu
LU

NE
N1 thanks bro...just dont hurt anyone who is like a fast food worker etc... n1
Sep 22, 2023, 4:24 AM: 

 You've always been a good homie to me and helped me set up the chocobo business so I shall spare you on the day of retribution
Sep 22, 2023, 2:17 AM: lulu
LU

 I'm gonna be ering here very soon bro
Sep 22, 2023, 12:25 AM: lulu
LU