Monday, October 23, 2023

Sure is
Oct 23, 2023, 12:34 AM: lulu

LU

Sure will!
Oct 23, 2023, 12:33 AM: lulu
LU

Jesus what if the police come looking for me
Oct 23, 2023, 12:33 AM: lulu
LU

NE
Thats the only thing that will help you when renting
Oct 23, 2023, 12:33 AM:

Perhaps after my la trip with jr
Oct 23, 2023, 12:33 AM: lulu
LU

NE
Sure should hang on to the job guy
Oct 23, 2023, 12:33 AM:

Jesus I can just crash for 60 days then move with you to your new place n1
Oct 23, 2023, 12:33 AM: lulu
LU

Classically
Oct 23, 2023, 12:33 AM: lulu
LU

NE
Im gonna be evicted soon or have to move eirher way cause i put in my 60 day notice
Oct 23, 2023, 12:33 AM:

I'm worried those Stacie's will send the police there looking for me
Oct 23, 2023, 12:33 AM: lulu
LU



**LU** — And quit chick fil a?
Oct 23, 2023, 12:33 AM: lulu

**LU** — Jeeeus
Oct 23, 2023, 12:32 AM: lulu

**NE** — I guess you could start crashing on my couch
Oct 23, 2023, 12:32 AM: ▮▮▮▮

**NE** — Jesus it sure is
Oct 23, 2023, 12:32 AM: ▮▮▮▮

**LU** — It is what it is
Oct 23, 2023, 12:19 AM: lulu

**LU** — And was failed by my mother
Oct 23, 2023, 12:19 AM: lulu

**LU** — I was never accepted by society bros
Oct 23, 2023, 12:19 AM: lulu

**LU** — Classically
Oct 23, 2023, 12:18 AM: lulu

**LU** — I just watched this video that succinctly sums up my life bros
Oct 23, 2023, 12:17 AM: lulu

**LU** — Do u think those Stacie's will send the 50 to chick fil dick? Fuckin rofl!!
Oct 23, 2023, 12:16 AM: lulu

**LU** — It could be the only thing that prevents me from ering
Oct 23, 2023, 12:16 AM: lulu



Damn I'm tryna crash on your couch asap to get away from my mom and maybe quit chick fil dick and get back in the game asap
Oct 23, 2023, 12:16 AM: lulu

For doing so
Oct 23, 2023, 12:15 AM: lulu

Them
Oct 23, 2023, 12:15 AM: lulu

I told them I would er then first
Oct 23, 2023, 12:15 AM: lulu

Fuckin rofl!!
Oct 23, 2023, 12:15 AM: lulu

Er
Oct 23, 2023, 12:14 AM: lulu

The Stacie's threatened to call the 50 on me for saying I was gonna web
Oct 23, 2023, 12:14 AM: lulu

Hello bros..
Oct 23, 2023, 12:14 AM: lulu

Sunday, October 22, 2023

Sure won't be
Oct 22, 2023, 11:39 PM: lulu

Sup if you er you won't be able to make road trips with Jim.
Oct 22, 2023, 11:38 PM: 

Plenty of chads and Stacie's

Oct 22, 2023, 11:02 PM: lulu

LU

I mean the u of a is as good as any I guess

Oct 22, 2023, 11:02 PM: lulu

LU

NE

Jesus

Oct 22, 2023, 11:02 PM: ▮▮▮▮▮

I told some Stacie's i was gonna er

Oct 22, 2023, 11:02 PM: lulu

LU

NE

Why not at USC?

Oct 22, 2023, 11:02 PM: ▮▮▮▮▮

NE

Why at the U of A?

Oct 22, 2023, 11:02 PM: ▮▮▮▮▮

NE

Jesus h guy

Oct 22, 2023, 11:02 PM: ▮▮▮▮▮

There's gonna be a mass tragedy and atrocity at the u of a soon bros

Oct 22, 2023, 10:54 PM: lulu

LU

You'll hear about it on the news n1

Oct 22, 2023, 6:40 AM: lulu

LU

There's gonna be a mass tragedy and atrocity at the u of a soon

Oct 22, 2023, 6:40 AM: lulu

LU

NE

Had a couple stacies seem into me tonight.  N1

Oct 22, 2023, 6:30 AM: ▮▮▮▮▮

I'm gonna er

Oct 22, 2023, 6:27 AM: lulu

I'm literally supporting chads pump n dumping cause my tax dollars go toward single mothers

Oct 22, 2023, 3:27 AM: lulu

Except more cuck holders

Oct 22, 2023, 3:26 AM: lulu

Wagecucks get nothing dude

Oct 22, 2023, 3:26 AM: lulu

Whatd she say

Oct 22, 2023, 3:22 AM ████████

Jesus

Oct 22, 2023, 3:22 AM: ████████

It's the only attention I've gotten from a Stacy all month

Oct 22, 2023, 3:22 AM: lulu

A Stacy sent me a voice message today bros

Oct 22, 2023, 3:22 AM: lulu

Maybe that'll make me want to suck a dick more

Oct 22, 2023, 3:19 AM: lulu

I just think I need to start hrt

Oct 22, 2023, 3:19 AM: lulu

So what are those homies supposed to do guy??
Oct 22, 2023, 3:18 AM: lulu

NE

But that doesnt mean give up
Oct 22, 2023, 3:18 AM: ████████

NE

Sure is
Oct 22, 2023, 3:18 AM: ████████

N1
Oct 22, 2023, 3:18 AM: lulu

NE

Christ
Oct 22, 2023, 3:18 AM: ████████

I mean I'm sure we would all prefer to clap a hot Stacy
Oct 22, 2023, 3:18 AM: lulu

NE

H
Oct 22, 2023, 3:18 AM: ████████

Sure am!
Oct 22, 2023, 3:18 AM: lulu

It's. A dog eat dog world
Oct 22, 2023, 3:18 AM: lulu

NE

Jesus
Oct 22, 2023, 3:18 AM: ████████

N1
Oct 22, 2023, 3:18 AM: lulu

**It is what it is guy**
Oct 22, 2023, 3:18 AM: lulu

**For the Stacie's**
Oct 22, 2023, 3:18 AM: lulu

**I got outcompeted by the chads bro**
Oct 22, 2023, 3:18 AM: lulu

**With solid genetics and wealthy background**
Oct 22, 2023, 3:17 AM: lulu

**At chick fil a all the homies those girls associate with are chads**
Oct 22, 2023, 3:17 AM: lulu

**We live in a fallen world**
Oct 22, 2023, 3:17 AM: ▮▮▮▮▮▮

**I've given up on Stacie's dude**
Oct 22, 2023, 3:17 AM: lulu

Saturday, October 21, 2023

**Sure will**
Oct 21, 2023, 10:08 PM: lulu

**Itll be pointless in the end**
Oct 21, 2023, 10:08 PM: ▮▮▮▮▮▮

**Jeeeesus**
Oct 21, 2023, 10:08 PM: lulu

**NE** — Who will live on never even knowing you existed
Oct 21, 2023, 10:08 PM:

**NE** — There will be more chads
Oct 21, 2023, 10:07 PM:

**LU** — But so would chads
Oct 21, 2023, 10:07 PM: lulu

**LU** — Sure would be
Oct 21, 2023, 10:07 PM: lulu

**NE** — No chance to do anything else
Oct 21, 2023, 10:07 PM:

**NE** — Jesus because then your life will be over
Oct 21, 2023, 10:07 PM:

**LU** — Jesus why's that guy
Oct 21, 2023, 10:07 PM: lulu

**NE** — I dont think ER is the right way guy
Oct 21, 2023, 10:07 PM:

**NE** — Jesus
Oct 21, 2023, 10:06 PM:

**LU** — Classically
Oct 21, 2023, 10:06 PM: lulu

**LU** — Then they won't be anymore
Oct 21, 2023, 10:06 PM: lulu

**LU** — Im gonna er them
Oct 21, 2023, 10:06 PM: lulu

**NE** — N1
Oct 21, 2023, 10:06 PM: ▆▆▆▆▆

**LU** — Sure do!
Oct 21, 2023, 10:06 PM: lulu

**NE** — Jesus these homies clap cheeks
Oct 21, 2023, 10:06 PM: ▆▆▆▆▆

**LU** — Jeeeeesus
Oct 21, 2023, 10:05 PM: lulu

**NE** — I can smell beer in the air
Oct 21, 2023, 10:05 PM: ▆▆▆▆▆

**NE** — Currently outside TKE frat
Oct 21, 2023, 10:05 PM: ▆▆▆▆▆

**PA** — Lol that's fire
Oct 21, 2023, 8:18 PM: ▆▆▆▆▆

**LU** — Classically
Oct 21, 2023, 8:17 PM: lulu

**LU** — But I think some of my other 🇷🇴 clients jumped him
Oct 21, 2023, 8:17 PM: lulu

**LU** — He was a custie n111
Oct 21, 2023, 8:17 PM: lulu

**Tate wells**
Oct 21, 2023, 8:17 PM: lulu
LU

**What was his name**
Oct 21, 2023, 8:17 PM:
PA

**Sure did**
Oct 21, 2023, 8:17 PM: lulu
LU

**And he told me abt it**
Oct 21, 2023, 8:17 PM:
PA

**These 🇧🇪 think they can just do whatever they want**
Oct 21, 2023, 8:17 PM: lulu
LU

**Whoever it was I met the dude**
Oct 21, 2023, 8:17 PM:
PA

**I think I remember that**
Oct 21, 2023, 8:17 PM:
PA

**Classicaly**
Oct 21, 2023, 8:17 PM:
NE

**N111**
Oct 21, 2023, 8:17 PM: lulu
LU

**He was a chad!!**
Oct 21, 2023, 8:17 PM: lulu
LU

**Sure was!**
Oct 21, 2023, 8:17 PM: lulu
LU

**PA:** Wasn't it a frat bro
Oct 21, 2023, 8:16 PM:

**LU:** N111 if I can find him
Oct 21, 2023, 8:16 PM: lulu

**PA:** That punishment does not fit the crime guy just go punch his face 🥊 back
Oct 21, 2023, 8:16 PM:

**LU:** He won't know it was me
Oct 21, 2023, 8:16 PM: lulu

**LU:** Sure was n1111
Oct 21, 2023, 8:16 PM: lulu

**PA:** Wasn't that forever ago n1
Oct 21, 2023, 8:16 PM:

**LU:** Thinking maybe we can do an alleged drive by shooting on the homie that punched me in the face
Oct 21, 2023, 8:15 PM: lulu

**PA:** Not anymore n1
Oct 21, 2023, 8:14 PM:

**LU:** I was
Oct 21, 2023, 8:14 PM: lulu

**LU:** Are you a criminal rich?
Oct 21, 2023, 8:14 PM: lulu

Hello rich
Oct 21, 2023, 8:14 PM: lulu
**LU**

Jf said he'll take you to mehico for $1k
Oct 21, 2023, 8:05 PM: lulu
**LU**

**PA**
Mine wasn't alleged I did that shit ❗
Oct 21, 2023, 8:04 PM: ▮▮▮▮

**PA**
Lmao
Oct 21, 2023, 8:04 PM: ▮▮▮▮

You homies wanna do another alleged dribe by shooting n1
Oct 21, 2023, 8:04 PM: lulu
**LU**

Why should I be giving the homies I'm gonna er rides?
Oct 21, 2023, 8:01 AM: lulu
**LU**

I'm gonna er soon
Oct 21, 2023, 8:01 AM: lulu
**LU**

Well it doesn't much matter anyway
Oct 21, 2023, 8:01 AM: lulu
**LU**

**NE**
Sure is
Oct 21, 2023, 7:57 AM ▮▮▮▮

I think storage locker trapping is the move
Oct 21, 2023, 7:56 AM: lulu
**LU**

Uber is shit money anyway
Oct 21, 2023, 7:55 AM: lulu
**LU**

I might have to find a new hustle
Oct 21, 2023, 7:55 AM: lulu
LU

Sure did
Oct 21, 2023, 7:55 AM: lulu
LU

NE
So i get 240
Oct 21, 2023, 7:55 AM:

NE
Well. I hustled todag
Oct 21, 2023, 7:55 AM:

TH
That's 240 lulu sure could use.
Oct 21, 2023, 7:48 AM:

Rofl
Oct 21, 2023, 7:48 AM: lulu
LU

Maybe I'll do DoorDash instead bros
Oct 21, 2023, 7:48 AM: lulu
LU

Classically
Oct 21, 2023, 1:44 AM: lulu
LU

NE
Youll cement yourself as one of the least accomplished, least impressive people to have ever existed given you had 27 years to make something happen
Oct 21, 2023, 1:44 AM:

N1
Oct 21, 2023, 1:44 AM: lulu
LU

**NQ**
Oct 21, 2023, 1:44 AM: lulu

**If I er won't I avoid the bad path that I have ahead of me**
Oct 21, 2023, 1:44 AM: lulu

**Peace for now bros**
Oct 21, 2023, 1:44 AM: ▮▮▮▮▮▮▮

**Good luck moving out of your Moms.  I gotta get on Uber and make money since I have goals and purpose Im actually going after**
Oct 21, 2023, 1:44 AM: ▮▮▮▮▮▮▮

**Yeah, you did**
Oct 21, 2023, 1:38 AM: ▮▮▮▮▮▮▮

**N1**
Oct 21, 2023, 1:38 AM: lulu

**I was unaware of the ramifications at the time guy**
Oct 21, 2023, 1:37 AM: lulu

**Classically**
Oct 21, 2023, 1:37 AM: lulu

**And watched too much pornography**
Oct 21, 2023, 1:37 AM: lulu

**I also played too much video games**
Oct 21, 2023, 1:37 AM: lulu

**LU** Sure didn't!!
Oct 21, 2023, 1:37 AM: lulu

**NE** The rest of us didnt sit around being victims and feeling sorry for ourselves
Oct 21, 2023, 1:37 AM:

**LU** Does
Oct 21, 2023, 1:37 AM: lulu

**LU** Sure have!
Oct 21, 2023, 1:37 AM: lulu

**LU** I mean I guess if ur a u of a chad it downs
Oct 21, 2023, 1:37 AM: lulu

**NE** You creat your own reality Lulu and so far you have put so little effort into creating your reality, thats why yours sucks so much
Oct 21, 2023, 1:37 AM:

**LU** Classically
Oct 21, 2023, 1:37 AM: lulu

**LU** Why would homies smoke fentanyl then
Oct 21, 2023, 1:37 AM: lulu

**LU** Not particularly
Oct 21, 2023, 1:36 AM: lulu

**LU** Dude were already in hell
Oct 21, 2023, 1:36 AM: lulu

NE — Just not for yoy
Oct 21, 2023, 1:36 AM:

NE — Except Tusuck has life, happiness and prosperity
Oct 21, 2023, 1:36 AM

NE — Its the antithesis to life
Oct 21, 2023, 1:36 AM:

Classically
Oct 21, 2023, 1:36 AM: lulu — LU

Just like tusuck
Oct 21, 2023, 1:36 AM: lulu — LU

NE — Hell is a dark, hot place full of despair, pain and regret.
Oct 21, 2023, 1:36 AM:

Sure do!
Oct 21, 2023, 1:35 AM: lulu — LU

You take the lords name in vain
Oct 21, 2023, 1:35 AM: lulu — LU

NE — People witness him prove he can Houdini out of death
Oct 21, 2023, 1:35 AM:

NE — He proved it a few millennia ago
Oct 21, 2023, 1:35 AM:

I wonder if he'll has any resemblance to tusuck
Oct 21, 2023, 1:35 AM: lulu — LU

**NE** Theres only one way out: Jesus Christ
Oct 21, 2023, 1:35 AM: ▓▓▓▓▓

**LU** Jeeeeeus
Oct 21, 2023, 1:35 AM: lulu

**NE** But you dive into eternity
Oct 21, 2023, 1:35 AM ▓▓▓▓▓

**NE** You think you escape
Oct 21, 2023, 1:35 AM: ▓▓▓▓▓

**LU** Sure is!
Oct 21, 2023, 1:35 AM: lulu

**NE** Thats the catch
Oct 21, 2023, 1:35 AM: ▓▓▓▓▓

**NE** Which is infinitely worse ramifications
Oct 21, 2023, 1:34 AM: ▓▓▓▓▓

**LU** Classically
Oct 21, 2023, 1:34 AM: lulu

**LU** Like you said
Oct 21, 2023, 1:34 AM: lulu

**LU** I'll be in hell
Oct 21, 2023, 1:34 AM: lulu

**LU** Plus I wouldn't be around for the ramifications rofl
Oct 21, 2023, 1:34 AM: lulu

**N1**
Oct 21, 2023, 1:34 AM: lulu

**Or better**
Oct 21, 2023, 1:34 AM: lulu

**It could always be worse I suppose**
Oct 21, 2023, 1:34 AM: lulu

**Not as bad as you could**
Oct 21, 2023, 1:34 AM:

**Jesus**
Oct 21, 2023, 1:34 AM:

**Classically**
Oct 21, 2023, 1:33 AM: lulu

**I think I already did guy**
Oct 21, 2023, 1:33 AM: lulu

**Sure would!!**
Oct 21, 2023, 1:33 AM: lulu

**But I would sacrifice chads too**
Oct 21, 2023, 1:33 AM: lulu

**And permanently tarnish your Mom and family's reputation**
Oct 21, 2023, 1:33 AM:

**Sure would**
Oct 21, 2023, 1:33 AM: lulu



NE: You would sacrifice the gift of the miracle of life
Oct 21, 2023, 1:33 AM: █████████

NE: Everything in life has meaning, but that doesnt mean you know what that meaning is. Often times people are so far off, its a wonder they're functional at all.
Oct 21, 2023, 1:33 AM: █████████

LU: And taking a bunch of chads with you m
Oct 21, 2023, 1:33 AM: lulu

LU: The fast way n1
Oct 21, 2023, 1:33 AM: lulu

LU: What about ering to get out of tusuck
Oct 21, 2023, 1:33 AM: lulu

LU: N1 classical variation
Oct 21, 2023, 1:32 AM: lulu

NE: But you are unwilling or unable to see that
Oct 21, 2023, 1:32 AM: █████████

LU: Sure is!
Oct 21, 2023, 1:32 AM: lulu

LU: Classically
Oct 21, 2023, 1:32 AM: lulu

NE: Tusuck is simply a motivating tool for you to better your life
Oct 21, 2023, 1:32 AM: █████████

It's the same temperature anyway
Oct 21, 2023, 1:32 AM: lulu

**NE** Wrong again
Oct 21, 2023, 1:32 AM: ▋

We live in tusuck
Oct 21, 2023, 1:32 AM: lulu

Plus we're already in hell rofl
Oct 21, 2023, 1:32 AM: lulu

I don't believe in the invisible sky wizard bros
Oct 21, 2023, 1:31 AM: lulu

**NE** Scientifically proven, how?
Oct 21, 2023, 1:30 AM: ▋

Sure is
Oct 21, 2023, 1:30 AM: lulu

**NE** *God
Oct 21, 2023, 1:30 AM: ▋

**NE** So galileo is your Gof
Oct 21, 2023, 1:30 AM: ▋

**NE** You just believe galileo, right?
Oct 21, 2023, 1:30 AM: ▋

Jesus it's been scientifically proven
Oct 21, 2023, 1:30 AM: lulu

NE **How do you know gravity is real?**
Oct 21, 2023, 1:30 AM:

**Sure will**
Oct 21, 2023, 1:30 AM: lulu · LU

NE **Hell will swallo you just the same whether you care or not**
Oct 21, 2023, 1:30 AM:

**Jesus but gravity is real**
Oct 21, 2023, 1:30 AM: lulu · LU

NE **Doesnt matter to gravity**
Oct 21, 2023, 1:30 AM:

NE **You could decide you dont believe in gravity**
Oct 21, 2023, 1:30 AM:

**N1 classically**
Oct 21, 2023, 1:30 AM: lulu · LU

NE **It doesnt matter if you believe in it**
Oct 21, 2023, 1:30 AM:

**What about moving onto that fool neily boys couch**
Oct 21, 2023, 1:30 AM: lulu · LU

**I don't believe in hell guy**
Oct 21, 2023, 1:29 AM: lulu · LU

**Sure is!**
Oct 21, 2023, 1:29 AM: lulu · LU

NE **Which is a forever cell**
Oct 21, 2023, 1:29 AM: ▓▓▓▓▓▓▓

**Classically**
Oct 21, 2023, 1:29 AM: lulu LU

**On a daily basis**
Oct 21, 2023, 1:29 AM: lulu LU

NE **Well then the cell is Hell**
Oct 21, 2023, 1:29 AM: ▓▓▓▓▓▓▓

**And won't have to see ropefuel**
Oct 21, 2023, 1:29 AM: lulu LU

**Sure does**
Oct 21, 2023, 1:29 AM: lulu LU

**Then we won't have to be in a cell would we guy??**
Oct 21, 2023, 1:29 AM: lulu LU

NE **But that defeats the purpose toi**
Oct 21, 2023, 1:29 AM: ▓▓▓▓▓▓▓

NE **Jesus classically**
Oct 21, 2023, 1:29 AM: ▓▓▓▓▓▓▓

**N1**
Oct 21, 2023, 1:29 AM: lulu LU

**And save a bullet for ourselves**
Oct 21, 2023, 1:29 AM: lulu LU

Not if we er afterward
Oct 21, 2023, 1:29 AM: lulu

LU

Classically
Oct 21, 2023, 1:28 AM: lulu

LU

That would show the chads who they're fuckojf with
Oct 21, 2023, 1:28 AM: lulu

LU

N1
Oct 21, 2023, 1:28 AM: lulu

LU

NQ
Oct 21, 2023, 1:28 AM: lulu

LU

And rape them
Oct 21, 2023, 1:28 AM: lulu

LU

During the Uber ride
Oct 21, 2023, 1:28 AM: lulu

LU

Then kidnap them
Oct 21, 2023, 1:28 AM: lulu

LU

What if we Uber some Stacie's
Oct 21, 2023, 1:28 AM: lulu

LU

Dude I thought of a genius idea
Oct 21, 2023, 1:28 AM: lulu

LU

NE

Youd live your alpha days out in a cell
Oct 21, 2023, 1:28 AM: ███████

**What if we do it the modern way**
Oct 21, 2023, 1:28 AM: lulu

LU

NE

**These days crime solving is super advanced**
Oct 21, 2023, 1:28 AM: ███████

**Jeeeeeus**
Oct 21, 2023, 1:28 AM: lulu

LU

NE

**You can only rape the stacies and kill the chads in lile B.C.E era**
Oct 21, 2023, 1:28 AM: ███████

NE

**Suss out whether the owner is gonna be a dick or whether they will be accepting to the situation**
Oct 21, 2023, 1:27 AM: ███████

NE

**So if you dont fill out an app but live there theres a good chance they will evict the person on the lease**
Oct 21, 2023, 1:26 AM: ███████

**That would show those homies who's the real alpha of the group**
Oct 21, 2023, 1:26 AM: lulu

LU

**What if we raped the chads Stacie's and er the chads**
Oct 21, 2023, 1:25 AM: lulu

LU

**A lot of things are guy**
Oct 21, 2023, 1:25 AM: lulu

LU

NE

**And not a good idea**
Oct 21, 2023, 1:25 AM: ███████

 **NE**  Jesus guy i think that's illegal
Oct 21, 2023, 1:25 AM: 

If those Stacie's won't clap us then we must force them to clap n1
Oct 21, 2023, 1:23 AM: lulu   **LU**

I just think gang raping a Stacy is the way to go at this point bros
Oct 21, 2023, 1:22 AM: lulu   **LU**

Zero pussy
Oct 21, 2023, 1:22 AM: lulu   **LU**

I already have zero funds
Oct 21, 2023, 1:22 AM: lulu   **LU**

How could it possibly get any worse guy
Oct 21, 2023, 1:22 AM: lulu  **LU**

And give u cash n1
Oct 21, 2023, 1:22 AM: lulu   **LU**

Guy
Oct 21, 2023, 1:21 AM: lulu   **LU**

Maybe I can just move in with you guys
Oct 21, 2023, 1:21 AM: lulu   **LU**

Sure does!
Oct 21, 2023, 1:21 AM: lulu   **LU**



**NE**  Im certain of that
Oct 21, 2023, 1:21 AM: 

**NE** Well the longer you wait the worse it gets
Oct 21, 2023, 1:21 AM: ▮▮▮▮▮▮

Jeeeeesus
Oct 21, 2023, 1:21 AM: lulu **LU**

It'll be fairly difficult
Oct 21, 2023, 1:21 AM: lulu **LU**

I don't have any rental history guy
Oct 21, 2023, 1:21 AM: lulu **LU**

Or a hot Stacy from the u of a
Oct 21, 2023, 1:21 AM: lulu **LU**

Possibly Jim's desert
Oct 21, 2023, 1:21 AM: lulu **LU**

**NE** I think you should focus on renting from somewhere guy
Oct 21, 2023, 1:21 AM: ▮▮▮▮▮▮

I just want to gang rape a Stacy dude
Oct 21, 2023, 1:21 AM: lulu **LU**

**NE** N1
Oct 21, 2023, 1:21 AM: ▮▮▮▮▮▮

Complimented
Oct 21, 2023, 1:20 AM: lulu **LU**

Water in a desert
Oct 21, 2023, 1:20 AM: lulu **LU**

Making funds in tusuck is like tryna find as
Oct 21, 2023, 1:20 AM: lulu

LU

Flem jimming makes more than me dude
Oct 21, 2023, 1:20 AM: lulu

LU

And the tusuck job market sucks
Oct 21, 2023, 1:19 AM: lulu

LU

I can't do anything from my mothers house
Oct 21, 2023, 1:19 AM: lulu

LU

Jesus how the hell would I do that
Oct 21, 2023, 1:19 AM: lulu

LU

I won't be clapping any Stacie's but neither will they
Oct 21, 2023, 1:19 AM: lulu

LU

Sure don't
Oct 21, 2023, 1:19 AM: lulu

LU

NE

Jesus guy if I was you id focus on making money instead of ERing
Oct 21, 2023, 1:19 AM:

NE

They dont accept debit to pay off credit
Oct 21, 2023, 1:18 AM:

NE

Jesus guy
Oct 21, 2023, 1:18 AM:

Classically
Oct 21, 2023, 1:18 AM: lulu

LU

Knowing that's the last thing they'll ever see

Oct 21, 2023, 1:18 AM: lulu

LU

I can't wait to see the look on their face when I er those homies

Oct 21, 2023, 1:17 AM: lulu

LU

I hate chads with a passion bros

Oct 21, 2023, 1:17 AM: lulu

LU

Like a Stacy

Oct 21, 2023, 1:16 AM: lulu

LU

If I want to clap I'll just take it up the asssssss n1

Oct 21, 2023, 1:16 AM: lulu

LU

My wiener is more so of an enlarged clitoris now…I only use it to pee and I definitely won't be clapping any coeds anytime soon

Oct 21, 2023, 1:15 AM: lulu

LU

I'm one 🤮 💀

Oct 21, 2023, 1:13 AM: lulu

LU

N1 classically

Oct 21, 2023, 1:13 AM: lulu

LU

One bro holds her down and another bro claps then we switch off

Oct 21, 2023, 1:13 AM: lulu

LU

You should've let the ccc gang bang her..you never share your coeds with the bros damnnnn

Oct 21, 2023, 1:13 AM: lulu

LU

I prefer young Stacie's but they want chads mainly
Oct 21, 2023, 1:12 AM: lulu

Classically
Oct 21, 2023, 1:11 AM: lulu

A milf complicated my voice in the chick fil dick drive thru today
Oct 21, 2023, 1:11 AM: lulu

Why wouldn't you be able to guy? Classically
Oct 21, 2023, 1:11 AM: lulu

Jeeeeeesus

 from en:
Jeeeeeesus
Oct 21, 2023, 1:11 AM: lulu

Its lile 7.5 inches and real girthy n1
Oct 21, 2023, 1:09 AM

Jesus sure is!
Oct 21, 2023, 1:09 AM:

Jesus how big is your cock no homo??
Oct 21, 2023, 1:09 AM: lulu

Condom
Oct 21, 2023, 1:09 AM: lulu

Sure could and the best part is you never have to wear a condim
Oct 21, 2023, 1:09 AM: lulu

TH  🤣 classic
Oct 21, 2023, 12:33 AM: ▮▮▮▮

NE  N1 i saw her ass briefly.  Then she got scared to take my monster cock.  I dont blame her
Oct 21, 2023, 12:26 AM: ▮▮▮▮

TH  That was a shame.  Did she at least pull those panties down for a view?  I forget now.
Oct 21, 2023, 12:25 AM: ▮▮▮▮

NE  Still jealous i never banged her
Oct 21, 2023, 12:19 AM: ▮▮▮▮

NE  Im sure she was
Oct 21, 2023, 12:19 AM: ▮▮▮▮

TH  So damn fun.
Oct 21, 2023, 12:11 AM: ▮▮▮▮

TH  N1 Kelly was an epic milf.  Jesus guy...
Oct 21, 2023, 12:10 AM: ▮▮▮▮

NE  I myself have nutted in to 50 year old milfs recently.  Feels incredible
Oct 21, 2023, 12:06 AM: ▮▮▮▮

NE  Jesus guy what about going after Older women?
Oct 21, 2023, 12:06 AM: ▮▮▮▮

Friday, October 20, 2023

Classically
Oct 20, 2023, 11:59 PM: lulu

LU

I would clap anything that breathes at tnis point

Oct 20, 2023, 11:59 PM: lulu

LU

N1

Oct 20, 2023, 11:59 PM: lulu

LU

I'm super desperate guy

Oct 20, 2023, 11:59 PM: lulu

LU

But I would if the opportunity arose

Oct 20, 2023, 11:59 PM: lulu

LU

They're all clapping high school chads

Oct 20, 2023, 11:59 PM: lulu

LU

I wouldn't be able to anyway rofl

Oct 20, 2023, 11:59 PM: lulu

LU

Jeeeeesus sure wouldn't

Oct 20, 2023, 11:59 PM: lulu

LU

NE

Jeeeesus i wouldnt recommend clapping hs girls in this woke feminist world guy

Oct 20, 2023, 11:59 PM:

Fuckin rofl!!!!

Oct 20, 2023, 11:48 PM: lulu

LU

So it doesn't much matter

Oct 20, 2023, 11:48 PM: lulu

LU

Regardless of her age
Oct 20, 2023, 11:48 PM: lulu
LU

But I won't be clapping
Oct 20, 2023, 11:48 PM: lulu
LU

She's 17……
Oct 20, 2023, 11:48 PM: lulu
LU

TH
That happens.  N1
Oct 20, 2023, 11:48 PM: ███████

Fuckin rofl!!
Oct 20, 2023, 11:48 PM: lulu
LU

Ball
Oct 20, 2023, 11:48 PM: lulu
LU

TH
Unless they're 18 and still in HS.
Oct 20, 2023, 11:48 PM: ███████

If there's grass on the field play call
Oct 20, 2023, 11:48 PM: lulu
LU

You know what they say bros
Oct 20, 2023, 11:48 PM: lulu
LU

I'm one sick 💀
Oct 20, 2023, 11:48 PM: lulu
LU

TH
Sure can't!
Oct 20, 2023, 11:47 PM: ███████

Fuckin rofl!!!!!
Oct 20, 2023, 11:47 PM: lulu

LU

Maybe I can clap hs girls now to make up for it
Oct 20, 2023, 11:47 PM: lulu

LU

I missed out on teenage love
Oct 20, 2023, 11:47 PM: lulu

LU

Damn I never had a gf in high school :(

 from en:
Damn I never had a gf in high school :(
Oct 20, 2023, 11:46 PM: lulu

LU

Fuckin rofl!!!
Oct 20, 2023, 11:46 PM: lulu

LU

But she's clapping a high school chad
Oct 20, 2023, 11:46 PM: lulu

LU

Maybe I can introduce you bros

 from en:
Maybe I can introduce you bros
Oct 20, 2023, 11:46 PM: lulu

LU

Classically my hot underage coworker is working tn
Oct 20, 2023, 11:46 PM: lulu

LU

NE

He sure did!
Oct 20, 2023, 11:46 PM: ▮▮▮▮▮

**LU** Classically
Oct 20, 2023, 6:21 AM: lulu

**LU** Jeeeesus
Oct 20, 2023, 6:21 AM: lulu

**TH** #fucktusuck
Oct 20, 2023, 6:21 AM: ▮▮▮▮

**TH** Jesus.  Just got pulled over for my license plate light being out.  UA police.  Warning ticket.
Oct 20, 2023, 6:21 AM: ▮▮▮▮

**LU** N1
Oct 20, 2023, 6:13 AM: lulu

**LU** Cause the system doesn't like hero's
Oct 20, 2023, 6:13 AM: lulu

**LU** When I er I'm gonna save a bullet for myself bros
Oct 20, 2023, 6:13 AM: lulu

Tuesday, October 17, 2023

**LU** I'm gonna er those bros sup
Oct 17, 2023, 12:40 AM: lulu

**TH** Sure are mfers
Oct 17, 2023, 12:40 AM: ▮▮▮▮

**LU** Classically
Oct 17, 2023, 12:38 AM: lulu

Let's see them act like that when an ar 15 is pointed at their face
Oct 17, 2023, 12:38 AM: lulu

Why are chads such douches bro
Oct 17, 2023, 12:38 AM: lulu

N1 classical
Oct 17, 2023, 12:38 AM: lulu

And not having to worry about a douchebag chad giving me a 1 star rating and getting deactivated
Oct 17, 2023, 12:38 AM: lulu

I could make plays to hot coeds like Briana and Mackenzie bro
Oct 17, 2023, 12:37 AM: lulu

Rofl my issue is bros leaving me bad ratings sup
Oct 17, 2023, 12:37 AM: lulu

The world has no place for an autist like me bro..
Oct 17, 2023, 12:36 AM: lulu

Sure is!
Oct 17, 2023, 12:36 AM: lulu