**THOMAS E. HIGGINS**
LAW OFFICES OF THOMAS E. HIGGINS P.L.L.C.
325 West Franklin Street
Tucson, Arizona 85701
(520) 624-8663
higginsinvail@aol.com
State Bar No: 04324
Attorney for Michael Lee

**IN THE UNITED STATES DISTRICT COURT**

**IN THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **United States of America,** | **CR23-01694-TUC-RM(MAA)** |
| **Plaintiff,** | |
| **vs.** | **MEMORANDUM IN SUPPORT OF APPEAL OF DETENTION AND DANGEROUSNESS FINDING** |
| **Michael Pengchung Lee** | |
| **Defendant** | **Hon. Rosemary Marquez** |

I.    INTRODUCTION:

In 2002 a science fiction movie starring Tom Cruise was released to the public. It is entitled "Minority Report". The basis of the movie was that, in the future, artificial intelligence and computers could *predict* a crime before it occurred and who was *going to* commit it. The police would then arrest the individual who was *going to* commit the crime and prosecute him for it. That is exactly what occurred here in Mr. Lee's case. Mr. Lee made SnapChat and texting threats to shoot up the University of Arizona but took zero steps to accomplish anything of the sort. Law enforcement was then faced with what they saw as a *potential* crime about to be committed then arrested Mr. Lee, the person who was *going to* commit the crime.

Even law enforcement apparently figured out that a threat alone was insufficient so concluded that they would surveil Mr. Lee to see if he would take any steps to make good on his electronic statements to other parties.  They followed him, not knowing that he worked for Uber in the evenings. They then concluded that when he stopped, picked up someone, or dropped them off, he was "stalking" victims.  Apparently, the police did not notice that the victims were paying Mr. Lee for the rides.

## II.    FACTUAL BACKGROUND:

The Honorable Michael Ambri held a hearing on detention and dangerousness. The Court first found, upon agreement by the government and Mr. Lee, that there is no presumption in favor of detention. *See, Transcript of Dangerousness  Hearing* at pg. 39. The Court found the defendant is a risk of non-appearance. *See, Trans. Dang. Hrg* at pg. 50. The Court further found that the defendant is a danger to the community, based on the nature of the alleged offense, nature of the threats, internet searches, the testimony presented, mental health issues, substance abuse issues and criminal record. *See* Hearing at 47-50.

During the Dangerousness Hearing the government presented false information to the assigned Magistrate Judge Michael Ambri.  At the outset, this Court should realize that the false information and outright lies at the Dangerousness Hearing were not made by the assigned Assistant United States Attorney, Mr. Adam Rossi.  It is defense counsel's position that Mr. Rossi is quite incapable of doing that.  However, like Judge Ambri, Mr. Rossi was only as good as his information meaning that it was FBI Agent Daniel Douglas was responsible for the false information.  The false information is as follows:

Page 2 of 8

1.    Mr. Lee's father is a co-defendant in the State drug case. ("Q: Did -- you mentioned -- there's a question about who you spoke to and you said you spoke to his stepfather. Did you later learn that the stepfather is a listed codefendant in that controlled substance case in the State? A: That's correct." *Trans. Dangerousness Hrg* at pg. 33).  It is not correct, it is a total falsehood.

a.  False – Defense counsel is Mr. Lee's attorney in the State drug case and his step-father, Anthony Villegas, who by the way, once held a federal clearance involving nuclear weapons, is not mentioned in the State case, was not a co-defendant and was never arrested or indicted.  Defense counsel has absolutely no idea where Agent Douglas came up with this.

2.    Mr. Lee was "stalking" fraternities" on Greek Row at the University of Arizona on certain dates. ("During the month of October, Mr. Lee's license plate was spotted numerous times on campus license plate readers, specifically around Greek Row." Trans. *Dang. Hrg* at pg. 19.)

a.   False – Mr. Lee has a second job in the evening.  He is an Uber driver and attached bank statements show deposits into his personal account that are done as soon as a ride pays by credit or debit card.  (See Exhibits A; B attached) Mr. Lee's Uber receipts show he was driving passengers on October 2, 3, 4, 6, 8, 11, 12, 13, 14, 15, 16, 17, 18, 19. (S*ee* Exhibit A. His bank records also show uber receipts from September 29, and October 20. Exhibit B).

3.    Mr. Lee has mental health issues. ("The other information the FBI has obtained since this offense all point to someone who is, at the very least, disturbed mentally, has kind of detached from their home base of safety." Hearing at 37).

a.   False - The only time Mr. Lee has ever seen a therapist or mental health provider was when he was 11 years old and his mother took him to therapy because he was playing video games too much.  Again, where Agent Douglas came up with this is totally unknown.

Magistrate Judge Ambri is only as good as his information and relied totally on the government to provide accurate information.  Judge Ambri was lied to and misled.

The Government also now proffers additional allegations against Mr. Lee, that on October 21, he continued to express his intent to kill fraternity and sorority members, and also kidnap and rape sorority members. *See* Response at 6-8. The Government alleges that Mr. Lee's alleged modus operandi was to kidnap and rape female Uber passengers. *Id.* at 6. However, the Government admits that Mr. Lee stated in the same conversation that he was done driving for Uber and would not want to drive fraternity and sorority members anyway. *See id.* at 7 ("'Uber is shit money anyway' and 'I think storage locker trapping is the move.' *(Id.,* at pg. 12; the defendant is alleged to have been storing and selling ("trapping") controlled substances in a rented storage unit.) The defendant continued, 'Well it doesn't much matter anyway', 'I'm gonna ER soon', and 'Why should I be giving the homies I'm gonna ER rides?'") (allegedly quoting Defendant's messages).

### III.    LEGAL STANDARD:

"If, after a hearing pursuant to the provisions of subsection (f) of this section, the judicial officer finds that no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of any other person and the community, such judicial officer shall order the detention of the person before trial." 18 U.S.C. § 3142(e). "The facts the judicial officer uses to support a finding pursuant to subsection (e) that no condition or combination of conditions will reasonably assure the safety of any other person and the community shall be supported by clear and convincing evidence." 18 U.S.C. § 3142(f)(2)(B). "The judicial officer shall, in determining whether there are conditions of release that will reasonably assure the appearance of the person as required and the safety of any other person and the community, take into account the available information concerning— (1) the nature and circumstances of the offense charged, including whether the offense is a crime of violence, a violation of section 1591, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (2) the weight of the evidence against the person; (3) the history and characteristics of the person, including— (A) the person's character, physical and mental condition, family ties, employment, financial resources, length of residence in the community, community ties, past conduct, history relating to drug or alcohol abuse, criminal history, and record concerning appearance at court proceedings; and (B) whether, at the time of the current offense or arrest, the person was on probation, on parole, or on other release pending trial, sentencing, appeal, or completion of sentence for an offense under Federal, State, or local law; and (4) the nature and seriousness of the

danger to any person or the community that would be posed by the person's release." 18 U.S.C. § 3142(g).

**IV.    LAW/ARGUMENT:**

The government alleged that Mr. Lee made threats via social media that he would commit a shooting at the University of Arizona. Mr. Lee owns a gun but there is zero evidence he even carried it with him. *See e.g.* Hearing at 30 ("Q: That in that case, you testified about a firearm, correct? A: Correct. Q. That was located in a locked storage locker? A: I know it was located in a storage locker. I just – I don't – I have not seen the case reports from that case. Q. It was not taken from Mr. Lee's person? A: That's my understanding, correct."); Hearing at 27 ("the only thing I can remember is it was asked if *he* had purchased a gun yet, and he replied, no, I haven't purchased a gun yet because I don't want to have it found by my mom . . ..").

Furthermore, Mr. Lee did not make concrete threats against anyone. Assuming Mr. Lee authored the threats, he only vented frustration. Under those circumstances, treatment is more appropriate than pretrial detention.

The government alleges that Mr. Lee stated in a group chat on social media that he would buy an AR-15, because it is easy in Arizona, and that he did not have one yet. It also appears that Mr. Lee's family do not own guns, because the government alleges that Mr. Lee spoke of needing to delay purchasing a rifle so he could hide it from his mother. The government's allegations include that Mr. Lee did not even decide when he would do a mass shooting at the University. If anything, Mr. Lee's alleged threats would not materialize until May 23, 2024. The government also believes that Mr. Lee would target

students along the University Greek row, based on his presence in the area several times between October 11 and October 21, 2023. He was in the area because he was working as an Uber driver. And contrary to the Government's contention that he would harm somebody while driving for Uber, Mr. Lee also stated he was done driving for Uber and would not drive the supposed victims anyway. Although the Government alleges new threats by Mr. Lee, there is still no evidence to confirm that he was taking steps to carry out those alleged threats. There was even evidence that he was backing away from opportunities for carrying out those threats.

On October 23, 2023, police arrested Mr. Lee on a traffic stop. During the questioning about the threats, Mr. Lee allegedly stated he was frustrated with his homelife, and was just venting to his friends. He also allegedly admitted that the threats were wrong and concerning, and he has disavowed himself with the "incel community." (Incel is slang for involuntary celibate and the community is alleged to encourage antisocial beliefs). Federal Bureau of Investigation Agents confirmed that Mr. Lee's identifies himself on his Instagram page as a "former incel."

Finally, Mr. Lee was arrested in September 2023 for possession of controlled substances, and a firearm. The charges for possession of controlled substances are pending.

The evidence and allegations from the government show no more than that Mr. Lee was socially frustrated at one point and has since moved away from his alleged extreme position. Mr. Lee does not currently own a gun. At one point in September, Mr. Lee is alleged to have owned a gun, but he never used it to hurt anyone. Given the

pending charges against him in October, and through now, it is doubtful he ever could have bought a rifle. Mr. Lee has also now distanced himself from extreme positions and antisocial behavior and beliefs. It does not appear that Mr. Lee is on the verge on committing any crime and posing a danger to anyone. There are conditions of release which would keep the public safe and therefore, Mr. Lee should be released. The Court can address Mr. Lee's alleged substance abuse by referring him to treatment. The Court can also require Mr. Lee to stay away from the University of Arizona. It appears that Mr. Lee lives at home with his parents, and the Court can release him to their custody for them to watch over him.

**V.     CONCLUSION**

Therefore, Mr. Lee respectfully requests the Court find that the dangerousness ruling be overturned and Mr. Lee be released from pretrial detention after being screened for treatment with one of the United States Court providers.

**RESPECTFULLY SUBMITTED** this **15th** day of **December 2023.**

> *LAW OFFICES OF THOMAS E. HIGGINS*
> */S/ Thomas E. Higgins*
> THOMAS E. HIGGINS
> Attorney for Michael Lee

A copy of the foregoing delivered
This 15th day of December 2023 to:

ADAM ROSSI
Assigned Assignat United States Attorney

# Exhibit A

# BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

☐ Customer service: 1.800.432.1000

En Español: 1.800.688.6086

✉ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

MICHAEL PENGCHONG LEE
2194 N 1ST AVE
TUCSON, AZ  85719-2967

# Your ScenicBanking - Beach Adv Plus Banking

for October 11, 2023 to November 8, 2023          Account number: 4570 4396 7122

**MICHAEL PENGCHONG LEE**

## Account summary

| | |
|---|---:|
| Beginning balance on October 11, 2023 | $150.61 |
| Deposits and other additions | 3,091.69 |
| ATM and debit card subtractions | -1,722.69 |
| Other subtractions | -1,003.28 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on November 8, 2023** | **$516.33** |

# BANK OF AMERICA

MICHAEL PENGCHONG LEE  |  Account # 4570 4396 7122  |  October 11, 2023 to November 8, 2023

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 10/11/23 | Uber       10/11 #000833187 PMNT RCVD Uber      Uber    San Francisco CA | 37.86 |
| 10/13/23 | Uber       10/13 #000249313 PMNT RCVD Uber      Uber    San Francisco CA | 83.44 |
| 10/16/23 | Uber       10/15 #000751271 PMNT RCVD Uber      Uber    San Francisco CA | 137.79 |
| 10/16/23 | Uber       10/14 #000605543 PMNT RCVD Uber      Uber    San Francisco CA | 72.40 |
| 10/16/23 | Uber       10/16 #000033333 PMNT RCVD Uber      Uber    San Francisco CA | 51.17 |
| 10/17/23 | WELLS FARGO IFI  DES:DDA TO DDA ID:F20L26R65M  INDN:MICHAEL LEE        CO  ID:INTFITRVOS PPD | 100.00 |
| 10/17/23 | RAISER 6795       DES:EDI PAYMNT ID:N30M0FVI5LJWZBD  INDN:MICHAEL LEE        CO  ID:3800896455 CCD  PMT INFO:REF*TN*N30M0FVI5L\ | 2.00 |
| 10/18/23 | Uber       10/18 #000337537 PMNT RCVD Uber      Uber    San Francisco CA | 47.28 |
| 10/19/23 | WELLS FARGO IFI  DES:DDA TO DDA ID:F20L2SNBFM  INDN:MICHAEL LEE        CO  ID:INTFITRVOS PPD | 104.00 |
| 10/20/23 | TEAM MEMBERS     DES:TEAMMEMBER ID:T0222434304797  INDN:LEE MICHAEL        CO  ID:5809415822 PPD | 700.29 |
| 10/20/23 | Uber       10/20 #000481581 PMNT RCVD Uber      Uber    San Francisco CA | 12.35 |
| 10/23/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 10-20) | 881.00 |
| 10/23/23 | VENMO*Lee Mich  10/23 #000010280 PMNT RCVD VENMO*Lee Michael  New York City NY | 147.38 |
| 10/23/23 | Zelle payment from  NEIL MASON for "sushi dinner was good"; Conf# 99a3ye15y | 100.00 |
| 10/23/23 | VENMO*Lee Mich  10/24 #000137944 PMNT RCVD VENMO*Lee Michael  New York City NY | 98.25 |
| 10/23/23 | Online Banking transfer from SAV 0642 Confirmation# 4694091228 | 32.00 |
| 10/23/23 | CASH APP*MICHA  10/23 #000514066 PMNT RCVD CASH APP*MICHAEL   San Francisco CA | 19.65 |
| 10/23/23 | Zelle payment from  Solomon Staples Conf# 0HZ41TYL3 | 15.00 |
| 11/02/23 | TEAM MEMBERS     DES:TEAMMEMBER ID:T0222434505118  INDN:LEE MICHAEL        CO  ID:5809415822 PPD | 449.83 |

**Total deposits and other additions**                                                                     **$3,091.69**

## Can you spot a scam?  Be aware of these common red flags:

 Contacted unexpectedly and asked for sensitive information

 Pressured to act immediately

 Asked to provide codes or click links to verify information

 Share these tips with friends and family so they can help protect themselves
Scan this code or visit **bofa.com/HelpProtectYourself** to see trending scams

When you use the QRC feature certain information is collected from your mobile device for business purposes.          SSM-02-23-0079.B | 5449173

# BANK OF AMERICA

MICHAEL PENGCHONG LEE   |   Account # 4570 4396 7122   |   October 11, 2023 to November 8, 2023

## Withdrawals and other subtractions - continued

### ATM and debit card subtractions - continued

| Date | Description | Amount |
|---|---|---|
| 10/23/23 | MOBILE PURCHASE 1019  CHICK-FIL-A #02224 TUCSON        AZ | -1.84 |
| 10/23/23 | MOBILE PURCHASE 1019  CHICK-FIL-A #02224 TUCSON        AZ | -9.19 |
| 10/23/23 | MOBILE PURCHASE 1020  TST* BING'S BOBA TEA - TUCSON        AZ | -7.11 |
| 10/23/23 | BKOFAMERICA ATM 10/22 #000001675 WITHDRWL NORTH STONE        TUCSON      AZ | -100.00 |
| 10/23/23 | BKOFAMERICA ATM 10/23 #000006185 WITHDRWL EL CONQUISTADOR    TUCSON      AZ | -1,080.00 |
| 11/06/23 | CHECKCARD  1104 LA FITNESS 949-255-8100 CA 24492153308084014278043 RECURRING | -36.93 |
| **Total ATM and debit card subtractions** | | **-$1,722.69** |

### Other subtractions

| Date | Description | Amount |
|---|---|---|
| 10/11/23 | KEEP THE CHANGE TRANSFER TO ACCT 0642 FOR 10/11/23 | -0.52 |
| 10/12/23 | T-MOBILE        DES:PCS SVC    ID:1766473  INDN:MICHAEL LEE        CO ID:0000450304 WEB | -102.86 |
| 10/12/23 | KEEP THE CHANGE TRANSFER TO ACCT 0642 FOR 10/12/23 | -0.86 |
| 10/13/23 | KEEP THE CHANGE TRANSFER TO ACCT 0642 FOR 10/13/23 | -0.51 |
| 10/16/23 | KEEP THE CHANGE TRANSFER TO ACCT 0642 FOR 10/16/23 | -4.26 |
| 10/17/23 | KEEP THE CHANGE TRANSFER TO ACCT 0642 FOR 10/17/23 | -2.88 |
| 10/19/23 | KEEP THE CHANGE TRANSFER TO ACCT 0642 FOR 10/19/23 | -3.10 |
| 10/20/23 | Online Banking payment to CRD 1399 Confirmation# 2978298686 | -881.00 |
| 10/20/23 | KEEP THE CHANGE TRANSFER CANCELED-LOW ACCT BALANCE | -0.00 |
| 10/23/23 | Zelle payment to  NEIL MASON Conf# ajbf800h0 | -5.00 |
| 10/23/23 | KEEP THE CHANGE TRANSFER TO ACCT 0642 FOR 10/23/23 | -2.22 |
| 11/06/23 | KEEP THE CHANGE TRANSFER TO ACCT 0642 FOR 11/06/23 | -0.07 |
| **Total other subtractions** | | **-$1,003.28** |

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

# BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

MICHAEL PENGCHONG LEE
2194 N 1ST AVE
TUCSON, AZ  85719-2967

**Customer service information**

☐ Customer service: 1.800.432.1000

En Español: 1.800.688.6086

✉ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your ScenicBanking - Beach Adv Plus Banking

for September 9, 2023 to October 10, 2023                 Account number: 4570 4396 7122

**MICHAEL PENGCHONG LEE**

## Account summary

| | |
|---|---|
| Beginning balance on September 9, 2023 | $363.52 |
| Deposits and other additions | 1,488.49 |
| ATM and debit card subtractions | -920.52 |
| Other subtractions | -778.38 |
| Checks | -0.00 |
| Service fees | -2.50 |
| **Ending balance on October 10, 2023** | **$150.61** |

# BANK OF AMERICA

MICHAEL PENGCHONG LEE  |  Account # 4570 4396 7122  |  September 9, 2023 to October 10, 2023

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 09/11/23 | CASH APP*MICHA  09/09 #000365110 PMNT RCVD CASH APP*MICHAEL   San Francisco CA | 122.81 |
| 09/12/23 | WELLS FARGO IFI  DES:DDA TO DDA ID:F20KP9YJWX  INDN:MICHAEL LEE          CO ID:INTFITRVOS PPD | 294.42 |
| 09/27/23 | CASH APP*MICHA  09/27 #000720886 PMNT RCVD CASH APP*MICHAEL   San Francisco CA | 35.31 |
| 09/29/23 | Uber          09/29 #000572127 PMNT RCVD Uber          VISA DIRECT   WI | 77.07 |
| 09/29/23 | UBER USA 6787    DES:EDI PAYMNT ID:TMVA7ZCFN4C7OSP  INDN:MICHAEL LEE          CO ID:3320456349 CCD  PMT INFO:REF*TN*TMVA7ZCFN4\ | 0.01 |
| 10/02/23 | Uber          10/01 #000084741 PMNT RCVD Uber          VISA DIRECT   WI | 91.24 |
| 10/02/23 | Uber          09/30 #000815987 PMNT RCVD Uber          VISA DIRECT   WI | 86.36 |
| 10/03/23 | RAISER 6795       DES:EDI PAYMNT ID:6WM0KZPBW94D0LL  INDN:MICHAEL LEE          CO ID:3800896455 CCD  PMT INFO:REF*TN*6WM0KZPBW9\ | 22.31 |
| 10/04/23 | Uber          10/04 #000958719 PMNT RCVD Uber      Uber    San Francisco CA | 87.00 |
| 10/06/23 | TEAM MEMBERS       DES:TEAMMEMBER ID:T0222434058762  INDN:LEE MICHAEL          CO ID:5809415822 PPD | 631.55 |
| 10/10/23 | Uber          10/08 #000190927 PMNT RCVD Uber      Uber    San Francisco CA | 40.41 |
| **Total deposits and other additions** | | **$1,488.49** |

## Withdrawals and other subtractions

### ATM and debit card subtractions

| Date | Description | Amount |
|---|---|---|
| 09/13/23 | PURCHASE   0913 SP EARGASM STRANDINDUSTRCA | -55.83 |
| 09/13/23 | COSTCO WHSE #0  09/13 #000815446 MOBILE PURCHASE COSTCO WHSE #0407  TUCSON AZ | -1.63 |
| 09/13/23 | TRADER JOE S #  09/13 #000441422 MOBILE PURCHASE TRADER JOE S #08   TUCSON        AZ | -6.98 |
| 09/14/23 | CHECKCARD  0914 APPLE.COM/BILL 866-712-7753 CA 24692163257107587163603 RECURRING | -21.73 |

*continued on the next page*

## Check fraud is on the rise

Consider writing fewer checks and paying bills in our Mobile app, Online Banking, or setting up automatic payments directly on utility sites.

Scan the code to learn more or visit: **bofa.com/HelpPreventFraud**



When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.          SSM-05-23-0809.C  I  5695722

# BANK OF AMERICA

MICHAEL PENGCHONG LEE  |  Account # 4570 4396 7122  |  September 9, 2023 to October 10, 2023

## Withdrawals and other subtractions - continued

### Other subtractions

| Date | Description | Amount |
|------|-------------|-------:|
| 09/11/23 | Online Banking payment to CRD 1399 Confirmation# 3746805206 | -108.46 |
| 09/11/23 | GEICO        DES:PREM COLL  ID:      1539218037  INDN:Michael Lee        CO ID:3530075853<br>PPD | -225.41 |
| 09/12/23 | T-MOBILE        DES:PCS SVC    ID:2964931  INDN:MICHAEL LEE        CO ID:0000450304 WEB | -192.62 |
| 09/13/23 | Zelle payment to  NEIL MASON Conf# d1iaaspj0 | -11.00 |
| 09/13/23 | KEEP THE CHANGE TRANSFER TO ACCT 0642 FOR 09/13/23 | -0.56 |
| 09/14/23 | KEEP THE CHANGE TRANSFER TO ACCT 0642 FOR 09/14/23 | -0.27 |
| 09/15/23 | KEEP THE CHANGE TRANSFER TO ACCT 0642 FOR 09/15/23 | -0.92 |
| 09/18/23 | KEEP THE CHANGE TRANSFER TO ACCT 0642 FOR 09/18/23 | -1.09 |
| 09/19/23 | KEEP THE CHANGE TRANSFER TO ACCT 0642 FOR 09/19/23 | -0.84 |
| 09/20/23 | KEEP THE CHANGE TRANSFER TO ACCT 0642 FOR 09/20/23 | -0.80 |
| 09/28/23 | KEEP THE CHANGE TRANSFER TO ACCT 0642 FOR 09/28/23 | -0.80 |
| 10/02/23 | KEEP THE CHANGE TRANSFER TO ACCT 0642 FOR 10/02/23 | -0.99 |
| 10/10/23 | GEICO        DES:PREM COLL  ID:      1555483523  INDN:Michael Lee        CO ID:3530075853<br>PPD | -225.41 |
| 10/10/23 | KEEP THE CHANGE TRANSFER TO ACCT 0642 FOR 10/10/23 | -9.21 |

**Total other subtractions**   **-$778.38**

## Service fees

| Date | Transaction description | Amount |
|------|-------------------------|-------:|
| 10/10/23 | TRURO 106 DYNP  10/08 #000529974 WITHDRWL 201 E ROOSEVELT<br>PHOENIX     AZ   FEE | -2.50 |

**Total service fees**   **-$2.50**

*Note your Ending Balance already reflects the subtraction of Service Fees.*

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

# Exhibit B

# Uber

Weekly Statement
16 Oct, 2023 4am – 23 Oct, 2023 4am



**Lulu Lee**
+15207043918        asianluluu@gmail.com

# Weekly summary

| | |
|---|---|
| **Starting balance at Mon, 16 Oct, 4:00 am** | **USD 2.00** |
| **Your earnings**<br>For details, see: Breakdown of Your earnings | **USD 61.33** |
| **Refunds & Expenses**<br>For details, see: Breakdown of Refunds & Expenses | **-USD 1.70** |

| | |
|---|---|
| **Payouts**<br>This amount was withdrawn from your balance | **USD 61.63** |
| Transferred to your bank account on Mon, 16 Oct, 4:02 am | USD 2.00 |
| Transferred to your bank account on Wed, 18 Oct, 12:08 am | USD 47.28 |
| Transferred to your bank account on Thu, 19 Oct, 11:21 pm | USD 12.35 |

| | |
|---|---|
| **Ending balance at Mon, 23 Oct, 4:00 am** | **USD 0.00** |

# Uber

## Breakdown of Your earnings

| **Fare** | **USD 61.33** |
|---|---|
| Fare | USD 60.52 |
| Wait time at pick-up | USD 0.81 |

| **Your earnings** | **USD 61.33** |
|---|---|



## Breakdown of Refunds & Expenses

**Expenses**                                          **-USD 1.70**

    Deduction for instant pay                         -USD 1.70

**Refunds & Expenses**                                **-USD 1.70**



# Weekly Uber service fee summary

- This statement shows the total amount of Uber service fees left from customer payments after your earnings, third-party fees and operational expenses for this period.

| | |
|---|---|
| **Customer price** | **USD 89.56** |
| Total amount before promotions (excluding the price of items paid to restaurants and stores) | |
| **Customer promotion** | **-USD 0.68** |
| Customer paid USD 88.88 after any promotions, tips, etc. | |
| **Third-party fees and operational expenses** | |
| Fees charged to customers and paid out to cover items like commercial auto insurance*, tolls, and other trip-related expenses** | |
| Other expenses such as commercial car insurance******* | -USD 16.35 |
| **Your earnings** | **-USD 61.33** |
| Total money you made this week with Uber including tips | |

| | |
|---|---|
| **Weekly Uber service fee** | **USD 11.20** |
| Amount we take to serve our users and grow our business; it goes towards things like improving our apps and expanding earnings opportunities. | |

*Uber is not an insurer, insurance agent or insurance broker. TNC/rideshare drivers must maintain personal auto insurance as required by local law.

**Certain charges, such as "airport surcharges", relate to obligations imposed by third parties, including governmental entities. These charges may be paid to those third parties or used by Uber.

***This amount is the Booking Fee paid by the rider to help cover government-mandated commercial car insurance that Uber maintains on transportation network company/rideshare drivers' behalf, as well as other regulatory, safety and operational costs. Booking Fees vary by trip. Uber may maintain insurance beyond that required by law.



Weekly Statement<br>16 Oct, 2023 4am - 23 Oct, 2023 4am

## Transactions

| Processed | Event | Your earnings | Refunds & Expenses | Payouts | Balance |
|---|---|---|---|---|---|
| Thu, Oct 19 11:21 pm | **Transferred To Bank Account** 19 Oct 11:21 pm | | | -USD 12.35 | **-USD 12.35** USD 0.00 |
| Thu, Oct 19 11:21 pm | **Deduction for instant pay** 19 Oct 11:21 pm | | -USD 0.85 | | **-USD 0.85** USD 12.35 |
| Thu, Oct 19 12:13 am | **UberX** 19 Oct 12:05 am | USD 3.43 | | | **USD 3.43** USD 13.20 |
| Thu, Oct 19 12:02 am | **UberX** 18 Oct 11:38 pm | USD 9.77 | | | **USD 9.77** USD 9.77 |
| Wed, Oct 18 12:08 am | **Transferred To Bank Account** 18 Oct 12:08 am | | | -USD 47.28 | **-USD 47.28** USD 0.00 |
| Wed, Oct 18 12:08 am | **Deduction for instant pay** 18 Oct 12:08 am | | -USD 0.85 | | **-USD 0.85** USD 47.28 |
| Wed, Oct 18 12:03 am | **UberX** 17 Oct 11:56 pm | USD 3.25 | | | **USD 3.25** USD 48.13 |
| Tue, Oct 17 11:36 pm | **UberX** 17 Oct 11:21 pm | USD 7.21 | | | **USD 7.21** USD 44.88 |
| Tue, Oct 17 11:16 pm | **UberX** 17 Oct 11:10 pm | USD 3.25 | | | **USD 3.25** USD 37.67 |
| Tue, Oct 17 11:10 pm | **UberX** 17 Oct 11:03 pm | USD 3.68 | | | **USD 3.68** USD 34.42 |



| Processed | Event | Your earnings | Refunds & Expenses | Payouts | Balance |
|---|---|---|---|---|---|
| Tue, Oct 17 10:47 pm | **UberX** 17 Oct 10:16 pm | USD 14.22 | | | **USD 14.22** USD 30.74 |
| Tue, Oct 17 10:22 pm | **UberX** 17 Oct 9:52 pm | USD 7.29 | | | **USD 7.29** USD 16.52 |
| Tue, Oct 17 10:00 pm | **UberX** 17 Oct 9:37 pm | USD 9.23 | | | **USD 9.23** USD 9.23 |
| Mon, Oct 16 4:02 am | **Transferred To Bank Account** 16 Oct 4:02 am | | | -USD 2.00 | **-USD 2.00** USD 0.00 |

# Uber

 **Lulu Lee**
+15207043918    asianluluu@gmail.com

## Weekly summary

| | |
|---|---|
| **Starting balance at Mon, 9 Oct, 4:00 am** | USD 0.00 |
| **Your earnings** | **USD 388.91** |
| For details, see: Breakdown of Your earnings | |
| **Refunds & Expenses** | **-USD 4.25** |
| For details, see: Breakdown of Refunds & Expenses | |

| | |
|---|---|
| **Payouts** | **USD 382.66** |
| This amount was withdrawn from your balance | |
| Transferred to your bank account on Wed, 11 Oct, 2:20 am | USD 37.86 |
| Transferred to your bank account on Fri, 13 Oct, 2:58 am | USD 83.44 |
| Transferred to your bank account on Sat, 14 Oct, 3:00 am | USD 72.40 |
| Transferred to your bank account on Sat, 14 Oct, 11:13 pm | USD 137.79 |
| Transferred to your bank account on Sun, 15 Oct, 11:03 pm | USD 51.17 |

| | |
|---|---|
| **Ending balance at Mon, 16 Oct, 4:00 am** | **USD 2.00** |



## Breakdown of Your earnings

| | |
|---|---|
| **Fare** | **USD 353.03** |
| Fare | USD 319.27 |
| Base | USD 2.45 |
| Cancellation | USD 23.91 |
| Surge | USD 4.75 |
| Wait time at pick-up | USD 2.65 |
| **Tip** | **USD 35.88** |

| | |
|---|---|
| **Your earnings** | **USD 388.91** |



## Breakdown of Refunds & Expenses

| Expenses | -USD 4.25 |
|---|---|
| Deduction for instant pay | -USD 4.25 |

| Refunds & Expenses | -USD 4.25 |
|---|---|

# Uber

Weekly Statement
9 Oct, 2023 4am - 16 Oct, 2023 4am

## Weekly Uber service fee summary

This statement shows the total amount of Uber service fees left from customer payments after your earnings, third-party fees and operational expenses for this period.

| | |
|---|---|
| **Customer price** | **USD 577.30** |
| Total amount before promotions (excluding the price of items paid to restaurants and stores) | |
| **Customer promotion** | **-USD 11.14** |
| Promotion to bring more customers to the Uber platform | |
| **Tip** | **USD 35.88** |
| Customer paid USD 602.04 after any promotions, tips, etc. | |
| **Third-party fees and operational expenses** | |
| Fees charged to customers and paid out to cover items like commercial auto insurance*, tolls, and other trip-related expenses** | |
| Airport surcharge | -USD 4.75 |
| Other expenses such as commercial car insurance******* | -USD 100.85 |
| **Your earnings** | **-USD 388.91** |
| Total money you made this week with Uber including tips | |

| | |
|---|---|
| **Weekly Uber service fee** | **USD 107.53** |
| Amount we take to serve our users and grow our business; it goes towards things like improving our apps and expanding earnings opportunities. | |

*Uber is not an insurer, insurance agent or insurance broker. TNC/rideshare drivers must maintain personal auto insurance as required by local law.

**Certain charges, such as "airport surcharges", relate to obligations imposed by third parties, including governmental entities. These charges may be paid to those third parties or used by Uber.

***This amount is the Booking Fee paid by the rider to help cover government-mandated commercial car insurance that Uber maintains on transportation network company/rideshare drivers' behalf, as well as other regulatory, safety and operational costs. Booking Fees vary by trip. Uber may maintain insurance beyond that required by law.



## Transactions

| Processed | Event | Your earnings | Refunds & Expenses | Payouts | Balance |
|---|---|---|---|---|---|
| Mon, Oct 16<br>3:31 am | **Tip**<br>14 Oct 9:26 pm | USD 2.00 | | | **USD 2.00**<br>USD 2.00 |
| Sun, Oct 15<br>11:03 pm | **Transferred To Bank Account**<br>15 Oct 11:03 pm | | | -USD 51.17 | **-USD 51.17**<br>USD 0.00 |
| Sun, Oct 15<br>11:03 pm | **Deduction for instant pay**<br>15 Oct 11:03 pm | | -USD 0.85 | | **-USD 0.85**<br>USD 51.17 |
| Sun, Oct 15<br>11:02 pm | **UberX**<br>15 Oct 10:51 pm | USD 3.67 | | | **USD 3.67**<br>USD 52.02 |
| Sun, Oct 15<br>10:52 pm | **UberX**<br>15 Oct 10:27 pm | USD 11.36 | | | **USD 11.36**<br>USD 48.35 |
| Sun, Oct 15<br>10:19 pm | **UberX**<br>15 Oct 9:44 pm | USD 8.95 | | | **USD 8.95**<br>USD 36.99 |
| Sun, Oct 15<br>9:49 pm | **UberX**<br>15 Oct 9:37 pm | USD 3.06 | | | **USD 3.06**<br>USD 28.04 |
| Sun, Oct 15<br>9:42 pm | **UberX**<br>15 Oct 9:22 pm | USD 3.66 | | | **USD 3.66**<br>USD 24.98 |
| Sun, Oct 15<br>9:32 pm | **Tip**<br>15 Oct 9:17 pm | USD 3.00 | | | **USD 3.00**<br>USD 21.32 |
| Sun, Oct 15<br>9:27 pm | **UberX**<br>15 Oct 9:17 pm | USD 3.74 | | | **USD 3.74**<br>USD 18.32 |



Weekly Statement
9 Oct, 2023 4am - 16 Oct, 2023 4am

| Processed | Event | Your earnings | Refunds & Expenses | Payouts | Balance |
|---|---|---|---|---|---|
| Sun, Oct 15 9:17 pm | **UberX** 15 Oct 8:53 pm | USD 9.91 | | | **USD 9.91** USD 14.58 |
| Sat, Oct 14 11:15 pm | **Tip** 14 Oct 10:31 pm | USD 1.00 | | | **USD 1.00** USD 4.67 |
| Sat, Oct 14 11:13 pm | **UberX** 14 Oct 10:35 pm | USD 3.67 | | | **USD 3.67** USD 3.67 |
| Sat, Oct 14 11:13 pm | **Transferred To Bank Account** 14 Oct 11:13 pm | | | -USD 137.79 | **-USD 137.79** USD 0.00 |
| Sat, Oct 14 11:13 pm | **Deduction for instant pay** 14 Oct 11:13 pm | | -USD 0.85 | | **-USD 0.85** USD 137.79 |
| Sat, Oct 14 11:01 pm | **UberX** 14 Oct 10:31 pm | USD 9.30 | | | **USD 9.30** USD 138.64 |
| Sat, Oct 14 10:34 pm | **UberX** 14 Oct 9:54 pm | USD 15.46 | | | **USD 15.46** USD 129.34 |
| Sat, Oct 14 9:56 pm | **UberX** 14 Oct 9:40 pm | USD 3.67 | | | **USD 3.67** USD 113.88 |
| Sat, Oct 14 9:47 pm | **UberX** 14 Oct 9:26 pm | USD 8.22 | | | **USD 8.22** USD 110.21 |
| Sat, Oct 14 9:17 pm | **UberX** 14 Oct 8:45 pm | USD 10.90 | | | **USD 10.90** USD 101.99 |
| Sat, Oct 14 8:51 pm | **UberX** 14 Oct 8:32 pm | USD 7.84 | | | **USD 7.84** USD 91.09 |

Lulu Lee



| Processed | Event | Your earnings | Refunds & Expenses | Payouts | Balance |
|---|---|---|---|---|---|
| Sat, Oct 14 8:38 pm | **UberX** 14 Oct 7:26 pm | USD 28.36 | | | **USD 28.36** USD 83.25 |
| Sat, Oct 14 7:32 pm | **UberX** 14 Oct 6:46 pm | USD 18.55 | | | **USD 18.55** USD 54.89 |
| Sat, Oct 14 6:51 pm | **Tip** 14 Oct 6:20 pm | USD 3.00 | | | **USD 3.00** USD 36.34 |
| Sat, Oct 14 6:50 pm | **UberX** 14 Oct 6:20 pm | USD 5.14 | | | **USD 5.14** USD 33.34 |
| Sat, Oct 14 6:38 pm | **UberX** 14 Oct 5:55 pm | USD 9.38 | | | **USD 9.38** USD 28.20 |
| Sat, Oct 14 6:09 pm | **UberX** 14 Oct 5:34 pm | USD 12.43 | | | **USD 12.43** USD 18.82 |
| Sat, Oct 14 12:35 pm | **Tip** 14 Oct 12:19 am | USD 1.00 | | | **USD 1.00** USD 6.39 |
| Sat, Oct 14 12:17 pm | **Tip** 14 Oct 12:59 am | USD 5.39 | | | **USD 5.39** USD 5.39 |
| Sat, Oct 14 3:00 am | **Transferred To Bank Account** 14 Oct 3:00 am | | | -USD 72.40 | **-USD 72.40** USD 0.00 |
| Sat, Oct 14 3:00 am | **Deduction for instant pay** 14 Oct 3:00 am | | -USD 0.85 | | **-USD 0.85** USD 72.40 |
| Sat, Oct 14 2:11 am | **UberX** 14 Oct 1:46 am | USD 15.59 | | | **USD 15.59** USD 73.25 |



Weekly Statement
9 Oct, 2023 4am – 16 Oct, 2023 4am

| Processed | Event | Your earnings | Refunds & Expenses | Payouts | Balance |
|---|---|---|---|---|---|
| Sat, Oct 14<br>1:28 am | **UberX**<br>14 Oct 12:59 am | USD 14.23 | | | **USD 14.23**<br>USD 57.66 |
| Sat, Oct 14<br>12:59 am | **UberX**<br>14 Oct 12:46 am | USD 4.30 | | | **USD 4.30**<br>USD 43.43 |
| Sat, Oct 14<br>12:44 am | **UberX**<br>14 Oct 12:33 am | USD 4.20 | | | **USD 4.20**<br>USD 39.13 |
| Sat, Oct 14<br>12:34 am | **UberX**<br>14 Oct 12:29 am | USD 3.25 | | | **USD 3.25**<br>USD 34.93 |
| Sat, Oct 14<br>12:28 am | **UberX**<br>14 Oct 12:19 am | USD 3.51 | | | **USD 3.51**<br>USD 31.68 |
| Fri, Oct 13<br>3:52 am | **Tip**<br>11 Oct 1:47 am | USD 3.00 | | | **USD 3.00**<br>USD 28.17 |
| Fri, Oct 13<br>2:58 am | **Tip**<br>13 Oct 2:21 am | USD 5.59 | | | **USD 5.59**<br>USD 25.17 |
| Fri, Oct 13<br>2:58 am | **UberX**<br>13 Oct 2:21 am | USD 19.58 | | | **USD 19.58**<br>USD 19.58 |
| Fri, Oct 13<br>2:58 am | **Transferred To Bank Account**<br>13 Oct 2:58 am | | | -USD 83.44 | **-USD 83.44**<br>USD 0.00 |
| Fri, Oct 13<br>2:58 am | **Deduction for instant pay**<br>13 Oct 2:58 am | | -USD 0.85 | | **-USD 0.85**<br>USD 83.44 |
| Fri, Oct 13<br>2:22 am | **UberX**<br>13 Oct 2:14 am | USD 4.71 | | | **USD 4.71**<br>USD 84.29 |

Lulu Lee



Weekly Statement
9 Oct, 2023 4am - 16 Oct, 2023 4am

| Processed | Event | Your earnings | Refunds & Expenses | Payouts | Balance |
|---|---|---|---|---|---|
| Fri, Oct 13 1:58 am | **UberX** 13 Oct 1:38 am | USD 10.72 | | | **USD 10.72** USD 79.58 |
| Fri, Oct 13 1:36 am | **UberX** 13 Oct 1:27 am | USD 7.82 | | | **USD 7.82** USD 68.86 |
| Fri, Oct 13 1:29 am | **UberX** 13 Oct 1:22 am | USD 3.72 | | | **USD 3.72** USD 61.04 |
| Fri, Oct 13 1:24 am | **UberX** 13 Oct 1:18 am | USD 3.26 | | | **USD 3.26** USD 57.32 |
| Fri, Oct 13 1:08 am | **Tip** 13 Oct 1:03 am | USD 1.00 | | | **USD 1.00** USD 54.06 |
| Fri, Oct 13 1:08 am | **UberX** 13 Oct 1:03 am | USD 3.25 | | | **USD 3.25** USD 53.06 |
| Fri, Oct 13 12:56 am | **UberX** 13 Oct 12:43 am | USD 6.04 | | | **USD 6.04** USD 49.81 |
| Fri, Oct 13 12:43 am | **UberX** 13 Oct 12:33 am | USD 4.57 | | | **USD 4.57** USD 43.77 |
| Fri, Oct 13 12:38 am | **Tip** 12 Oct 11:13 pm | USD 1.00 | | | **USD 1.00** USD 39.20 |
| Fri, Oct 13 12:21 am | **UberX** 12 Oct 11:57 pm | USD 9.56 | | | **USD 9.56** USD 38.20 |
| Fri, Oct 13 12:03 am | **UberX** 12 Oct 11:51 pm | USD 4.91 | | | **USD 4.91** USD 28.64 |
| Thu, Oct 12 11:52 pm | **UberX** 12 Oct 11:42 pm | USD 3.84 | | | **USD 3.84** USD 23.73 |

# Uber


Weekly Statement<br>9 Oct, 2023 4am - 16 Oct, 2023 4am

| Processed | Event | Your earnings | Refunds & Expenses | Payouts | Balance |
|---|---|---|---|---|---|
| Thu, Oct 12 11:33 pm | **UberX** 12 Oct 11:13 pm | USD 7.54 | | | **USD 7.54** USD 19.89 |
| Thu, Oct 12 11:12 pm | **UberX** 12 Oct 11:06 pm | USD 3.26 | | | **USD 3.26** USD 12.35 |
| Thu, Oct 12 11:05 pm | **Tip** 12 Oct 10:59 pm | USD 1.00 | | | **USD 1.00** USD 9.09 |
| Thu, Oct 12 11:05 pm | **UberX** 12 Oct 10:59 pm | USD 4.19 | | | **USD 4.19** USD 8.09 |
| Wed, Oct 11 2:25 am | **Tip** 11 Oct 1:07 am | USD 3.90 | | | **USD 3.90** USD 3.90 |
| Wed, Oct 11 2:20 am | **Transferred To Bank Account** 11 Oct 2:20 am | | | -USD 37.86 | **-USD 37.86** USD 0.00 |
| Wed, Oct 11 2:20 am | **Deduction for instant pay** 11 Oct 2:20 am | | -USD 0.85 | | **-USD 0.85** USD 37.86 |
| Wed, Oct 11 2:19 am | **UberX** 11 Oct 1:58 am | USD 9.78 | | | **USD 9.78** USD 38.71 |
| Wed, Oct 11 1:56 am | **UberX** 11 Oct 1:47 am | USD 4.19 | | | **USD 4.19** USD 28.93 |
| Wed, Oct 11 1:47 am | **UberX** 11 Oct 1:36 am | USD 4.30 | | | **USD 4.30** USD 24.74 |
| Wed, Oct 11 1:38 am | **Tip** 11 Oct 1:26 am | USD 5.00 | | | **USD 5.00** USD 20.44 |



Weekly Statement
9 Oct, 2023 4am – 16 Oct, 2023 4am

| Processed | Event | Your earnings | Refunds & Expenses | Payouts | Balance |
|---|---|---|---|---|---|
| Wed, Oct 11 1:35 am | **UberX** 11 Oct 1:26 am | USD 3.62 | | | **USD 3.62** USD 15.44 |
| Wed, Oct 11 1:25 am | **Delivery** 11 Oct 1:07 am | USD 2.45 | | | **USD 2.45** USD 11.82 |
| Wed, Oct 11 12:46 am | **UberX** 11 Oct 12:27 am | USD 9.37 | | | **USD 9.37** USD 9.37 |

# Uber

Weekly Statement
2 Oct, 2023 4am – 9 Oct, 2023 4am



**Lulu Lee**
+15207043918      asianluluu@gmail.com

# Weekly summary

| | |
|---|---|
| **Starting balance at Mon, 2 Oct, 4:00 am** | USD 22.31 |
| **Your earnings** | USD 128.11 |
| For details, see: Breakdown of Your earnings | |
| **Refunds & Expenses** | -USD 1.70 |
| For details, see: Breakdown of Refunds & Expenses | |
| **Events from previous weeks** | USD 1.00 |
| For details, see the 'Previous weeks' sections | |

| | |
|---|---|
| **Payouts** | USD 149.72 |
| This amount was withdrawn from your balance | |
| Transferred to your bank account on Mon, 2 Oct, 4:03 am | USD 22.31 |
| Transferred to your bank account on Wed, 4 Oct, 1:54 am | USD 87.00 |
| Transferred to your bank account on Sun, 8 Oct, 9:37 pm | USD 40.41 |

| | |
|---|---|
| **Ending balance at Mon, 9 Oct, 4:00 am** | USD 0.00 |



## Breakdown of Your earnings

| | |
|---|---|
| **Fare** | **USD 104.74** |
| Fare | USD 88.94 |
| Base | USD 10.32 |
| Cancellation | USD 4.30 |
| Wait time at pick-up | USD 1.18 |
| **Tip** | **USD 23.37** |

| | |
|---|---|
| **Your earnings** | **USD 128.11** |



## Breakdown of Refunds & Expenses

**Expenses**                                            **-USD 1.70**

    Deduction for instant pay                            -USD 1.70

**Refunds & Expenses**                                  **-USD 1.70**

# Uber

## Breakdown of Your earnings (from previous weeks)

| | |
|---|---|
| **Tip** | **USD 1.00** |
| **Your earnings** | **USD 1.00** |

# Uber

## Weekly Uber service fee summary

- This statement shows the total amount of Uber service fees left from customer payments after your earnings, third-party fees and operational expenses for this period.

**Customer price**                                                                 **USD 174.50**
Total amount before promotions (excluding the price of items paid to restaurants and stores)

**Customer promotion**                                                             **-USD 8.65**
Promotion to bring more customers to the Uber platform

**Tip**                                                                            **USD 23.37**
Customer paid USD 189.22 after any promotions, tips, etc.

**Third-party fees and operational expenses**
Fees charged to customers and paid out to cover items like commercial auto insurance*, tolls, and other trip-related expenses**

Other expenses such as commercial car insurance*******                             -USD 32.18

**Your earnings**                                                                  **-USD 128.11**
Total money you made this week with Uber including tips

**Weekly Uber service fee**                                                        **USD 28.93**
Amount we take to serve our users and grow our business; it goes towards things like improving our apps and expanding earnings opportunities.

*Uber is not an insurer, insurance agent or insurance broker. TNC/rideshare drivers must maintain personal auto insurance as required by local law.

**Certain charges, such as "airport surcharges", relate to obligations imposed by third parties, including governmental entities. These charges may be paid to those third parties or used by Uber.

***This amount is the Booking Fee paid by the rider to help cover government-mandated commercial car insurance that Uber maintains on transportation network company/rideshare drivers' behalf, as well as other regulatory, safety and operational costs. Booking Fees vary by trip. Uber may maintain insurance beyond that required by law.

# Uber


## Transactions

| Processed | Event | Your earnings | Refunds & Expenses | Payouts | Balance |
|---|---|---|---|---|---|
| Sun, Oct 8 9:37 pm | Transferred To Bank Account 8 Oct 9:37 pm | | | -USD 40.41 | -USD 40.41 USD 0.00 |
| Sun, Oct 8 9:37 pm | Deduction for instant pay 8 Oct 9:37 pm | | -USD 0.85 | | -USD 0.85 USD 40.41 |
| Sun, Oct 8 9:35 pm | UberX 8 Oct 8:50 pm | USD 12.66 | | | USD 12.66 USD 41.26 |
| Sun, Oct 8 9:02 pm | Tip 8 Oct 8:38 pm | USD 5.00 | | | USD 5.00 USD 28.60 |
| Sun, Oct 8 8:52 pm | UberX 8 Oct 8:38 pm | USD 3.15 | | | USD 3.15 USD 23.60 |
| Sun, Oct 8 8:42 pm | UberX 8 Oct 8:30 pm | USD 3.06 | | | USD 3.06 USD 20.45 |
| Sun, Oct 8 8:37 pm | UberX 8 Oct 8:11 pm | USD 9.06 | | | USD 9.06 USD 17.39 |
| Sun, Oct 8 8:15 pm | UberX 8 Oct 7:54 pm | USD 7.33 | | | USD 7.33 USD 8.33 |
| Fri, Oct 6 12:40 pm | Tip 30 Sept 9:07 pm | USD 1.00 | | | USD 1.00 USD 1.00 |
| Wed, Oct 4 1:54 am | Transferred To Bank Account 4 Oct 1:54 am | | | -USD 87.00 | -USD 87.00 USD 0.00 |



| Processed | Event | Your earnings | Refunds & Expenses | Payouts | Balance |
|---|---|---|---|---|---|
| Wed, Oct 4<br>1:54 am | **Deduction for instant pay**<br>4 Oct 1:54 am | | −USD 0.85 | | **−USD 0.85**<br>USD 87.00 |
| Wed, Oct 4<br>1:44 am | **Delivery**<br>4 Oct 1:11 am | USD 4.95 | | | **USD 4.95**<br>USD 87.85 |
| Wed, Oct 4<br>1:14 am | **Tip**<br>3 Oct 11:56 pm | USD 3.00 | | | **USD 3.00**<br>USD 82.90 |
| Wed, Oct 4<br>1:14 am | **UberX**<br>4 Oct 12:54 am | USD 10.17 | | | **USD 10.17**<br>USD 79.90 |
| Wed, Oct 4<br>12:53 am | **UberX**<br>4 Oct 12:44 am | USD 4.30 | | | **USD 4.30**<br>USD 69.73 |
| Wed, Oct 4<br>12:52 am | **Tip**<br>4 Oct 12:28 am | USD 3.00 | | | **USD 3.00**<br>USD 65.43 |
| Wed, Oct 4<br>12:44 am | **UberX**<br>4 Oct 12:28 am | USD 5.11 | | | **USD 5.11**<br>USD 62.43 |
| Wed, Oct 4<br>12:31 am | **UberX**<br>4 Oct 12:19 am | USD 5.66 | | | **USD 5.66**<br>USD 57.32 |
| Wed, Oct 4<br>12:14 am | **Delivery**<br>3 Oct 11:56 pm | USD 2.50 | | | **USD 2.50**<br>USD 51.66 |
| Tue, Oct 3<br>11:55 pm | **UberX**<br>3 Oct 11:42 pm | USD 5.53 | | | **USD 5.53**<br>USD 49.16 |
| Tue, Oct 3<br>11:41 pm | **UberX**<br>3 Oct 11:26 pm | USD 6.72 | | | **USD 6.72**<br>USD 43.63 |
| Tue, Oct 3<br>11:28 pm | **UberX**<br>3 Oct 11:22 pm | USD 3.25 | | | **USD 3.25**<br>USD 36.91 |

Lulu Lee



| Processed | Event | Your earnings | Refunds & Expenses | Payouts | Balance |
|---|---|---|---|---|---|
| Tue, Oct 3 11:25 pm | **Tip** 3 Oct 11:16 pm | USD 1.00 | | | **USD 1.00** USD 33.66 |
| Tue, Oct 3 11:24 pm | **UberX** 3 Oct 11:16 pm | USD 3.25 | | | **USD 3.25** USD 32.66 |
| Tue, Oct 3 11:12 pm | **UberX** 3 Oct 11:05 pm | USD 3.37 | | | **USD 3.37** USD 29.41 |
| Tue, Oct 3 11:05 pm | **UberX** 3 Oct 10:57 pm | USD 3.25 | | | **USD 3.25** USD 26.04 |
| Tue, Oct 3 2:37 am | **Tip** 3 Oct 1:10 am | USD 11.37 | | | **USD 11.37** USD 22.79 |
| Tue, Oct 3 2:02 am | **UberX** 3 Oct 1:39 am | USD 8.55 | | | **USD 8.55** USD 11.42 |
| Tue, Oct 3 1:37 am | **Delivery** 3 Oct 1:10 am | USD 2.87 | | | **USD 2.87** USD 2.87 |
| Mon, Oct 2 4:03 am | **Transferred To Bank Account** 2 Oct 4:03 am | | | -USD 22.31 | **-USD 22.31** USD 0.00 |

Lulu Lee