Monday, June 12, 2023



**LU** — Bro my associate was arrested!!
Jun 12, 2023, 1:10 AM: u u

**LU** — They got his snap records
Jun 12, 2023, 1:10 AM: u u

**LU** — Cause I have nobody to go with!!!!
Jun 12, 2023, 1:10 AM: u u

**LU** — I don't go alone by choice.
Jun 12, 2023, 1:10 AM: u u

**LU** — The only other option is not fong!!
Jun 12, 2023, 1:16 AM: u u

**EH** — Holy shit your associate was arrested!!!
Jun 12, 2023, 1:22 AM:

**EH** — You could be in massive trouble bro!!!
Jun 12, 2023, 1:22 AM:

**EH** — And we chat a lot!!!
Jun 12, 2023, 1:22 AM:

**EH** — I told you they can see Snapchat record bro!!!
Jun 12, 2023, 1:22 AM:

**EH** — Bro I would escape to China before the authorities catch you and you spend the rest of your days in the baking hot tusuck Arizona prisons!!!
Jun 12, 2023, 1:25 AM:

 **EH** Shit bro you're not even responding to me!!!
Jun 12, 2023, 1:41 AM: 

Yes I could
Jun 12, 2023, 1:58 AM: u u **LU**

What if they read his snaps to me bro???
Jun 12, 2023, 1:58 AM: u u **LU**

Some of them are fairly incriminating
Jun 12, 2023, 1:58 AM: u u **LU**

Should I move my business to telegram???
Jun 12, 2023, 1:58 AM: u u **LU**

He's I should!!
Jun 12, 2023, 1:58 AM: u u **LU**

Yes
Jun 12, 2023, 1:58 AM: u u **LU**

He said they pulled up and arrested him and raided his house as he was leaving his crib!!!
Jun 12, 2023, 1:58 AM: u u **LU**

It's hard to get service im at a festival!!
Jun 12, 2023, 2:05 AM: u u **LU**

 **EH** They definitely read them bro!
Jun 12, 2023, 2:12 AM: 



**EH** — I would probably stop selling jawns and get a real job bro!
Jun 12, 2023, 2:13 AM:

**EH** — Or no
Jun 12, 2023, 2:13 AM:

Damn possibly
Jun 12, 2023, 2:19 AM: u u — **LU**

But then I won't be able to afford heading to festivals in cities such as Miami, Las Vegas and Chicago!!
Jun 12, 2023, 2:19 AM: u u — **LU**

And would be stuck in tusuck wageslaving mainly
Jun 12, 2023, 2:19 AM: u u — **LU**

Bro guess what happens if a homie stays in tysuck for too long??
Jun 12, 2023, 2:19 AM: u u — **LU**

Media transfer
Jun 12, 2023, 2:19 AM: u u
(Message cont nues) — **LU**





**EH:** Why don't you just get your passport and move to China bro???
Jun 12, 2023, 2:31 AM: ▮

**EH:** You never do anything but sell jawns and go to festivals!
Jun 12, 2023, 2:31 AM: ▮

**EH:** One day you could get in trouble
Jun 12, 2023, 2:31 AM: ▮

**EH:** You only sell jawns, go to festivals and complain about women bro!!!
Jun 12, 2023, 2:32 AM: ▮

**EH:** You need to make some moves bro if you want to change your life
Jun 12, 2023, 2:32 AM: ▮

**LU:** That's a good idea bro!!!
Jun 12, 2023, 2:40 AM: u u

**LU:** It's not like I'm clapping any women at the festivals!!!
Jun 12, 2023, 2:40 AM: u u

**LU:** What will I do for money in china bro???
Jun 12, 2023, 2:40 AM: u u

**LU:** I'm only into trans women now bro!!!
Jun 12, 2023, 2:41 AM: u u

**LU:** Les competition for those women
Jun 12, 2023, 2:41 AM: u u

**LU:** Less
Jun 12, 2023, 2:41 AM: u u

**EH** Bro why does my Persian homie think he deserves a hot girl when he's not that attractive himself!
Jun 12, 2023, 4:56 PM:

**EH** Life doesn't work like that sadly
Jun 12, 2023, 4:56 PM:

**EH** Life is unfair for all homies bro!
Jun 12, 2023, 5:03 PM:

Tell him girls can be squirrelly bro!!
Jun 12, 2023, 9:14 PM: u u **LU**

Monday, June 19, 2023

**EH** Bro sending love this Father's Day
Jun 19, 2023, 6:20 AM:

**EH** I know it's hard not having a dad to reach out to bro
Jun 19, 2023, 6:20 AM:

**EH** I think a lot of your issues bro stem from your traumatic childhood and you never have done therapy or anything to help!
Jun 19, 2023, 6:21 AM:

**EH** Your mother is fresh off the boat bro and she didn't know any better. She just compared you to other high achieving Asian homies. That's not okay!
Jun 19, 2023, 6:21 AM:

**EH** Instead of nurturing and understanding your disability, and the fact that you were at a disadvantage with a no father household
Jun 19, 2023, 6:22 AM:

**EH** You know my aunt almost dropped out of school because other Asian
Jun 19, 2023, 6:22 AM:
(Message cont nues)

**EH** homies were out performing her bro
Jun 19, 2023, 6:22 AM:

**EH** so your mother probably felt like your path would be strictly academic
Jun 19, 2023, 6:23 AM:

**EH** but it's very hard for a kid with asbergers syndrome to compete with other kids while having no help
Jun 19, 2023, 6:23 AM:

**EH** I understand you bro! These are the root of the issue, not sex
Jun 19, 2023, 6:23 AM:

I appreciate that bro
Jun 19, 2023, 6:32 AM: u u  **LU**

You're a good man
Jun 19, 2023, 6:32 AM: u u  **LU**

You help autists such as myself!!
Jun 19, 2023, 6:32 AM: u u  **LU**

Rather than bully and make fun of them like all the other chars!!!
Jun 19, 2023, 6:33 AM: u u  **LU**

Chads
Jun 19, 2023, 6:33 AM: u u  **LU**

**EH** Of course bro
Jun 19, 2023, 7:30 AM:



**EH** Bro I don't really want that
Jun 19, 2023, 5:46 PM:

**EH** Bro she would make you stand in front of grocery stores and say hi to strangers!
Jun 19, 2023, 5:47 PM:

**EH** Your mother was fairly abusive
Jun 19, 2023, 5:47 PM:

**EH** My gf wouldn't really like to clap a smelly incel either bro, those guys usually stay inside all day, don't clean themselves and fap
Jun 19, 2023, 5:48 PM:

**EH** She dates me because she enjoys clapping me bro!
Jun 19, 2023, 5:48 PM:

**EH** She's very loyal to me
Jun 19, 2023, 5:48 PM:

Monday, June 26, 2023

**EH** Call the hotline bro!
Jun 26, 2023, 6:19 AM:

**EH** Media transfer
Jun 26, 2023, 6:19 AM:

Media transfer
Jun 26, 2023, 7:53 AM:  u u
(Message cont nues)                                    **LU**





Jun 26, 2023, 7:53 AM:  u u

**EH** — Sure could but Maine is more affordable
Jun 26, 2023, 8:50 AM: ▮

**LU** — Sure is
Jun 26, 2023, 8:50 AM: u u

**LU** — I'm just gonna neck
Jun 26, 2023, 8:50 AM: u u

**LU** — It's ducking over dude
Jun 26, 2023, 8:50 AM: u u

**LU** — I'm introverted and ugly bro
Jun 26, 2023, 8:50 AM: u u

**EH** — No bro!!!
Jun 26, 2023, 5:11 PM: ▮

**LU** — I just wanted to be loved :(
Jun 26, 2023, 9:38 PM: u u

**EH** — You are!
Jun 26, 2023, 10:30 PM: ▮

**LU** — By who????
Jun 26, 2023, 10:30 PM: u u

**EH** — Myself!
Jun 26, 2023, 10:31 PM: ▮

**LU** — Damn!!!!
Jun 26, 2023, 10:41 PM: u u



**But I mean like romantically by a Stacy!!!**
Jun 26, 2023, 10:41 PM: u u

LU

**I know….**
Jun 26, 2023, 10:41 PM:

EH

Tuesday, June 27, 2023

**Bro I'm not sure what to say to help a homie like yourself in tusuck**
Jun 27, 2023, 1:08 AM:

EH

**The only thing you can do in your shitty situation bro is level up and get out of it!**
Jun 27, 2023, 1:08 AM:

EH

**There's nothing you can say….**
Jun 27, 2023, 1:10 AM: u u

LU

**I mean I am thinking right now bro!!!**
Jun 27, 2023, 1:10 AM:

EH

**But do you want my honest opinion**
Jun 27, 2023, 1:10 AM:

EH

**You say life is unfair and you want a Stacy gf right?**
Jun 27, 2023, 1:11 AM:

EH

**You have to think about the circumstances bro**
Jun 27, 2023, 1:11 AM:

EH

**How many jawn salesman have stacy gfs!**
Jun 27, 2023, 1:11 AM:

EH

**EH** — you most likely need to start dating a client….
Jun 27, 2023, 1:11 AM: ▮

**EH** — That's usually how you meet girls
Jun 27, 2023, 1:11 AM: ▮

**LU** — Most of them do…
Jun 27, 2023, 1:31 AM: u u

**LU** — That's chill with me
Jun 27, 2023, 1:31 AM: u u

**EH** — Do you have any clients you're interested in?
Jun 27, 2023, 1:53 AM: ▮

**EH** — Hey bro I talked to my homies
Jun 27, 2023, 4:17 AM: ▮

**EH** — They think a therapist would be really beneficial
Jun 27, 2023, 4:17 AM: ▮

**EH** — And even help you clap puss once you re gain confidence
Jun 27, 2023, 4:18 AM: ▮

**EH** — But you're a stubborn man! You have to listen
Jun 27, 2023, 4:18 AM: ▮

**LU** — Do u listen to tim berg?
Jun 27, 2023, 4:18 AM: u u

**LU** — The rope is my therapist bro…..
Jun 27, 2023, 4:18 AM: u u



**And alcohol**
Jun 27, 2023, 4:18 AM: u u    LU

**I'm good on clapping cheeks bro!!!**
Jun 27, 2023, 4:18 AM: u u    LU

**Also I'm a woman now….**
Jun 27, 2023, 4:18 AM: u u    LU

EH   **The rope is not your therapist!**
Jun 27, 2023, 4:22 AM:

EH   **You're going insane bro!**
Jun 27, 2023, 4:22 AM:

EH   **You're alone all day and don't have anyone to talk to but myself!!!**
Jun 27, 2023, 4:23 AM:

EH   **that's why you need therapy**
Jun 27, 2023, 4:23 AM:

EH   **You're lonely af bro**
Jun 27, 2023, 4:23 AM:

**I'm goi ng hot drinking tn**
Jun 27, 2023, 4:24 AM: u u    LU

**What else isn't here to do?**
Jun 27, 2023, 4:24 AM: u u    LU

**I'm at the hotel motel holiday in.**
Jun 27, 2023, 4:25 AM: u u    LU



**LU** — Not really bro..
Jun 27, 2023, 4:25 AM: u u

**LU** — Is it chill to not get any human interaction
Jun 27, 2023, 4:25 AM: u u

**EH** — Damn well at least you're patting!
Jun 27, 2023, 4:25 AM: ▮

**LU** — What about homeless Jim???
Jun 27, 2023, 4:25 AM: u u

**LU** — He talks to me bro:,.
Jun 27, 2023, 4:25 AM: u u

**EH** — Partying!
Jun 27, 2023, 4:25 AM: ▮

**LU** — He's down on his luck
Jun 27, 2023, 4:25 AM: u u

**LU** — Patty of one…
Jun 27, 2023, 4:25 AM: u u

**LU** — I ain't go no homies bro
Jun 27, 2023, 4:25 AM: u u

**EH** — I just don't want you to stay lonely bro
Jun 27, 2023, 4:25 AM: ▮

**LU** — It's looking that way
Jun 27, 2023, 4:25 AM: u u

Maybe in august when the chads are back I can chill with those homies
Jun 27, 2023, 4:26 AM: u u
LU

They're fairly welcoming when a homie has jawns!!!!
Jun 27, 2023, 4:26 AM: u u
LU

EH
I know they are fairly welcoming but bro these homies are much younger!
Jun 27, 2023, 4:26 AM:

EH
As the kids at the U of A stay the same age bro…. You get older!
Jun 27, 2023, 4:26 AM:

It's better than the Home Depot
Jun 27, 2023, 4:26 AM: u u
LU

EH
so that's why your opinion can be fairly skewed bro
Jun 27, 2023, 4:26 AM:

I stay the same age bro
Jun 27, 2023, 4:26 AM: u u
LU

EH
You get a advice from U of A chads!
Jun 27, 2023, 4:27 AM:

EH
And Stacie's
Jun 27, 2023, 4:27 AM:

Tysuck makes time go by extremely slowly
Jun 27, 2023, 4:27 AM: u u
LU

**EH** Who are on their parents credit card
Jun 27, 2023, 4:27 AM: ▮

You didn't use your parents credit card bro…
Jun 27, 2023, 4:27 AM: u u **LU**

**EH** I didn't no
Jun 27, 2023, 4:27 AM: ▮

Life was much better a year ago bro…
Jun 27, 2023, 4:28 AM: u u **LU**

Before I met ja.83
Jun 27, 2023, 4:28 AM: u u **LU**

Jazzie
Jun 27, 2023, 4:28 AM: u u **LU**

She ruined my life :(
Jun 27, 2023, 4:28 AM: u u **LU**

**EH** You were dating jazzie!
Jun 27, 2023, 4:28 AM: ▮

It's over for me now bro
Jun 27, 2023, 4:28 AM: u u **LU**

But I want you to continue on
Jun 27, 2023, 4:28 AM: u u **LU**

And clap cheeks for me
Jun 27, 2023, 4:28 AM: u u **LU**

**EH** !!!
Jun 27, 2023, 4:28 AM:

I'm gonna have to tap out here
Jun 27, 2023, 4:28 AM: u u **LU**

**EH** So you severed some relationships to continue to clap jazzie
Jun 27, 2023, 4:28 AM:

And throw in the towel
Jun 27, 2023, 4:28 AM: u u **LU**

It's fucking over dude
Jun 27, 2023, 4:29 AM: u u **LU**

Yes I did
Jun 27, 2023, 4:29 AM: u u **LU**

Dude it's fucking over
Jun 27, 2023, 4:29 AM: u u **LU**

**EH** Why is it over?
Jun 27, 2023, 4:29 AM:

I had my fun
Jun 27, 2023, 4:29 AM: u u **LU**

You know why
Jun 27, 2023, 4:30 AM: u u **LU**

**EH** I don't no
Jun 27, 2023, 4:30 AM:



**Many reasons probably**
Jun 27, 2023, 4:30 AM: u u
LU

**Does it really matter why?**
Jun 27, 2023, 4:30 AM: u u
LU

**The fact is it's over**
Jun 27, 2023, 4:30 AM: u u
LU

EH
**Yes it does**
Jun 27, 2023, 4:30 AM:

**Why? So has not to repeat the same mistakes next time?**
Jun 27, 2023, 4:30 AM: u u
LU

**There is no next time**
Jun 27, 2023, 4:30 AM: u u
LU

EH
**Why would you waste your sweet life bro?**
Jun 27, 2023, 4:31 AM:

**Bro can I ask you something?**
Jun 27, 2023, 4:31 AM: u u
LU

**It's not so sweet**
Jun 27, 2023, 4:31 AM: u u
LU

EH
**You know how rare it is to be on this earth?**
Jun 27, 2023, 4:31 AM:

EH
**what bro**
Jun 27, 2023, 4:31 AM:



How can it be over…
Jun 27, 2023, 4:31 AM: u u

When it never even fucking began?????
Jun 27, 2023, 4:31 AM: u u

That's deep bro!!!!
Jun 27, 2023, 4:31 AM:

You just never gave yourself a chance
Jun 27, 2023, 4:32 AM:

Put on this earth to suffer in tusyck bro
Jun 27, 2023, 4:32 AM: u u

Some homies are born on the streets bro
Jun 27, 2023, 4:32 AM:

You have a home!
Jun 27, 2023, 4:32 AM:

You have food and money coming in!
Jun 27, 2023, 4:32 AM:

In tusuck bro
Jun 27, 2023, 4:32 AM: u u

be grateful bro because some homies have it worse
Jun 27, 2023, 4:32 AM:

When I can't even go outside??
Jun 27, 2023, 4:32 AM: u u



**EH** Bro it's so hot huh
Jun 27, 2023, 4:32 AM:

**LU** Like who??
Jun 27, 2023, 4:32 AM: u u

**LU** Homeless jim?
Jun 27, 2023, 4:32 AM: u u

**LU** It was 110 degreee today…
Jun 27, 2023, 4:32 AM: u u

**EH** Dude that's insufferable….
Jun 27, 2023, 4:33 AM:

**LU** Yes it is xxx
Jun 27, 2023, 4:33 AM: u u

Friday, July 07, 2023

**EH** Bro your mother thinks her raising tactics were helpful tho?
Ju  7, 2023, 1:49 AM:

**EH** You should tell her
Ju  7, 2023, 1:49 AM:

**EH** That the way she raised you made you the way that you are
Ju  7, 2023, 1:49 AM:

**EH** It's not over
Ju  7, 2023, 6:45 AM:

**EH** — What do you think of my advice
Ju 7, 2023, 6:45 AM:

**LU** — I'm gonna ER
Ju 7, 2023, 7:51 AM: u u

**EH** — Damn bro I may have to talk to your mother
Ju 7, 2023, 2:51 PM:

**EH** — I'm awfully concerned
Ju 7, 2023, 2:51 PM:

**EH** — bro stop wearing girls hair!!!
Ju 7, 2023, 5:49 PM:

**EH** — You don't look like a Stacy!!!
Ju 7, 2023, 5:50 PM:

**EH** — I prefer you as a dude
Ju 7, 2023, 5:50 PM:

**LU** — That won't be necessary
Ju 7, 2023, 5:56 PM: u u

**LU** — Why not bro?? I'm trans
Ju 7, 2023, 5:56 PM: u u

**LU** — Stacie's say I look great!!!!
Ju 7, 2023, 5:56 PM: u u

**EH** — I'm afraid Stacie's may be lying bro
Ju 7, 2023, 5:58 PM:

**EH:** I mean do they want to clap now
Ju 7, 2023, 5:58 PM:

**LU:** Why would they be??
Ju 7, 2023, 5:58 PM: u u

**EH:** Not sure….
Ju 7, 2023, 5:58 PM:

**LU:** They're not lesbians!!
Ju 7, 2023, 5:58 PM: u u

**EH:** Damn see if you can get your cheeks clapped!
Ju 7, 2023, 7:23 PM:

**LU:** By a chad?
Ju 7, 2023, 7:24 PM: u u

**EH:** Is that what you want?
Ju 7, 2023, 7:24 PM:

**EH:** getting dominated by a Chad bro???
Ju 7, 2023, 7:24 PM:

**LU:** Yes it is
Ju 7, 2023, 7:25 PM: u u

**EH:** Then go ahead and do so, nobody is stopping you
Ju 7, 2023, 7:26 PM:

**EH:** But to me it seems like a cover up….
Ju 7, 2023, 7:26 PM:



**LU** — Why would it be??
Ju 7, 2023, 7:26 PM: u u

**EH** — You're just frustrated with your love life
Ju 7, 2023, 7:26 PM:

**LU** — I don't have one so not really
Ju 7, 2023, 7:27 PM: u u

**LU** — And it's understandable seeing what some of these chads look like!!!
Ju 7, 2023, 7:29 PM: u u

**LU** — They Mog me in every way possible
Ju 7, 2023, 7:29 PM: u u

**LU** — They would even Mog a chadlite homie like yourself!
Ju 7, 2023, 7:29 PM: u u

**EH** — I know but you just can't worry about that
Ju 7, 2023, 7:57 PM:

**EH** — Get off Reddit for a day bro!
Ju 7, 2023, 7:57 PM:

**EH** — When was the last time you didn't watch porn/Reddit for a whole day?
Ju 7, 2023, 7:57 PM:

**LU** — I just watched some porn In bro
Ju 7, 2023, 7:57 PM: u u

**LU** — Melody marks
Ju 7, 2023, 7:57 PM: u u

She does porn in Japan
Ju 7, 2023, 7:57 PM: u u
LU

Well bro unfortunately fapping to Stacie's is the best it's gonna get
Ju 7, 2023, 7:58 PM: u u
LU

For some homies
Ju 7, 2023, 7:58 PM: u u
LU

Not all homies cna have Stacy gfs like yourself
Ju 7, 2023, 7:58 PM: u u
LU

There's nothing else to do
Ju 7, 2023, 8:10 PM: u u
LU

Some homies simply cannot get Stacie's
Ju 7, 2023, 8:10 PM: u u
LU

So the closest thing is to watch them clap chads
Ju 7, 2023, 8:10 PM: u u
LU

On your phone
Ju 7, 2023, 8:10 PM: u u
LU

EH
Bro one of my homies girl left him and now is posting with another dude one month later
Ju 7, 2023, 8:18 PM:

EH
Or would you rather just be chilling
Ju 7, 2023, 8:18 PM:



> **LU** — I can't even get a girl to begin with so I wouldn't know…
> Ju 7, 2023, 8:19 PM: u u

Saturday, July 08, 2023

> **LU** — What are your thoughts on this bro….
> Ju 8, 2023, 6:31 AM: u u

> **EH** — Whatveee makes you happy
> Ju 8, 2023, 6:31 AM:

> **EH** — You need money and health insurance to transition however….
> Ju 8, 2023, 6:32 AM:

> **EH** — Did you actually get tested for autism?
> Ju 8, 2023, 7:03 AM:

> **LU** — Melody marks only fans is free bro!!
> Ju 8, 2023, 7:08 AM: u u

> **LU** — In case you want to fap to a hot Stacy
> Ju 8, 2023, 7:08 AM: u u

> **LU** — I can buy the pill for like 100/month
> Ju 8, 2023, 7:08 AM: u u

> **LU** — You don't sound very supportive of your homie bro!!!
> Ju 8, 2023, 7:09 AM: u u

> **LU** — Yes of course I did
> Ju 8, 2023, 7:09 AM: u u



Why would I lie about that???
Ju 8, 2023, 7:09 AM: u u
LU

You're either with me or against me bro!!!!
Ju 8, 2023, 7:09 AM: u u
LU

EH
I am with you! But I thought you said you didn't have health insurance and what not
Ju 8, 2023, 7:11 AM:

I have it now
Ju 8, 2023, 7:12 AM: u u
LU

EH
Really?
Ju 8, 2023, 7:15 AM:

EH
I'd recommend going to therapy then
Ju 8, 2023, 7:15 AM:

Therapy is a scam
Ju 8, 2023, 7:16 AM: u u
LU

EH
No it's not…..
Ju 8, 2023, 7:17 AM:

EH
all my homies are in it and it helps them….
Ju 8, 2023, 7:17 AM:

EH
why would you say it's a scam?
Ju 8, 2023, 7:17 AM:



**EH** — I would figure it out
Ju 8, 2023, 7:25 AM:

**EH** — If you mention ER again bad things will happen bro!!!
Ju 8, 2023, 7:25 AM:

**EH** — You're prob already being watched potentially
Ju 8, 2023, 7:26 AM:

**LU** — Potentially bro
Ju 8, 2023, 7:26 AM: u u

Tuesday, July 11, 2023

**EH** — What!!!!
Ju 11, 2023, 12:24 AM:

**EH** — you're being quite aggressive!
Ju 11, 2023, 12:24 AM:

**EH** — Why are you being a dick to me bro!
Ju 11, 2023, 12:25 AM:

**LU** — My bad bro
Ju 11, 2023, 12:26 AM: u u

**LU** — Can you help me find some scuba gear cause I'm about to be deep diving into some pussy tn?
Ju 11, 2023, 12:26 AM: u u

**EH** — no way!!!!
Ju 11, 2023, 12:30 AM:



**EH** — Damn are you just acting like a Chad now?
Ju 11, 2023, 12:30 AM:

**LU** — yes I am
Ju 11, 2023, 12:46 AM: u u

**EH** — Damn I feel
Ju 11, 2023, 4:56 AM:

**EH** — Are you a Chad now
Ju 11, 2023, 3:26 PM:

**EH** — My Persian homie is raging bro!
Ju 11, 2023, 4:15 PM:

**EH** — he was calling out my fat homie for having a gf!!!
Ju 11, 2023, 4:15 PM:

**EH** — He was like why does he have a gf when he's overweight
Ju 11, 2023, 4:15 PM:

**EH** — My homie lost 40 lbs!!!
Ju 11, 2023, 4:15 PM:

**EH** — Bro this Asian Stacy I know just pretty much claps only Asian dudes
Ju 11, 2023, 5:00 PM:

**EH** — Media transfer
Ju 11, 2023, 5:01 PM:
(Message cont nues)





Ju  11, 2023, 5:01 PM:

**EH:** I want you to think of this homie!
Ju 11, 2023, 5:01 PM:

**LU:** He should ER
Ju 11, 2023, 8:19 PM: u u

**EH:** You think
Ju 11, 2023, 9:17 PM:

Thursday, August 10, 2023

**LU:** Like a chad….
Aug 10, 2023, 7:58 AM: u u

**EH:** Why do you feel that way
Aug 10, 2023, 3:27 PM:

**LU:** Chads always win!!
Aug 10, 2023, 4:40 PM: u u

**EH:** Why don't you talk to her about it?
Aug 10, 2023, 7:53 PM:

**EH:** She thinks how she raised you was right bro
Aug 10, 2023, 7:53 PM:

**EH:** That's the disconnect
Aug 10, 2023, 7:53 PM:

**EH:** You should be like mother I need to speak to you on something
Aug 10, 2023, 7:53 PM:

**EH** — Why did you never enroll me in special needs programs as a kid? Why did you never help me with my social skills?
Aug 10, 2023, 7:54 PM:

**LU** — I don't have a good nuclear family like yourself!!!!
Aug 10, 2023, 7:56 PM: u u

**EH** — Bro that's terrible
Aug 10, 2023, 7:59 PM:

**EH** — Let's focus on your situation bro…. It won't help to compare yourself to anybody else
Aug 10, 2023, 7:59 PM:

**EH** — Bro you need to tell her how you feel
Aug 10, 2023, 7:59 PM:

**EH** — She's just in denial holy shit
Aug 10, 2023, 8:00 PM:

Thursday, August 17, 2023

**EH** — Yes but I'm running dry of funds
Aug 17, 2023, 12:39 AM:

**EH** — Like super low
Aug 17, 2023, 12:56 AM:

**LU** — Damn!!
Aug 17, 2023, 1:00 AM: u u

**LU** — That's chill
Aug 17, 2023, 1:00 AM: u u



**LU** — Or should I say chyl
Aug 17, 2023, 1:00 AM: u u

**EH** — Whatever you'd like to say
Aug 17, 2023, 1:02 AM: ▮

**LU** — Can I do whatever I want as well???
Aug 17, 2023, 2:15 AM: u u

**LU** — In that case..
Aug 17, 2023, 2:20 AM: u u

**LU** — I'm gonna ER
Aug 17, 2023, 2:20 AM: u u

**EH** — Sorry bro I didn't see your text!
Aug 17, 2023, 2:22 AM: ▮

Thursday, September 07, 2023

**LU** — Bro I got arrested!!
Sep 7, 2023, 9:46 PM: u u

**EH** — No way…..
Sep 7, 2023, 10:22 PM: ▮

**EH** — For what????
Sep 7, 2023, 10:22 PM: ▮

**LU** — He's they did
Sep 7, 2023, 10:38 PM: u u



Yes
Sep 7, 2023, 10:38 PM: u u
LU

I just asked for an attorney bro!!
Sep 7, 2023, 10:38 PM: u u
LU

Damn I think they took my glasses bro
Sep 7, 2023, 10:38 PM: u u
LU

EH
That's not chill at all
Sep 7, 2023, 10:42 PM:

EH
A homie can't see
Sep 7, 2023, 10:42 PM:

Sure can't I asked for them and they said nah
Sep 7, 2023, 10:42 PM: u u
LU

Damn some cops are dicks bro!!
Sep 7, 2023, 10:42 PM: u u
LU

EH
Bro cops in AZ are known to be terrible
Sep 7, 2023, 10:51 PM:

Yes they are
Sep 7, 2023, 10:51 PM: u u
LU

EH
Damn are you looking at time???
Sep 7, 2023, 11:29 PM:

Possibly bro
Sep 7, 2023, 11:30 PM: u u
LU



**LU** — Ima have to go with a public defender!!
Sep 7, 2023, 11:30 PM: u u

Friday, September 08, 2023

**EH** — Bro you're probably looking at probation and heavy fees
Sep 8, 2023, 6:40 PM:

**LU** — Potentially bro or jail time!!
Sep 8, 2023, 8:00 PM: u u

**LU** — Damn so you recommend I make some plays or just stop altogether?
Sep 8, 2023, 8:34 PM: u u

**LU** — Maybe I can do Uber and find gainful employment!!
Sep 8, 2023, 8:39 PM: u u

**EH** — I think you should probably stop after this incident….
Sep 8, 2023, 8:39 PM:

**LU** — Damn it was a good run
Sep 8, 2023, 8:43 PM: u u

**LU** — 4 years of allegedly selling Jawns to chads!
Sep 8, 2023, 8:43 PM: u u

**LU** — I served the homies well
Sep 8, 2023, 8:43 PM: u u

**EH** — Wow!!!!
Sep 8, 2023, 8:46 PM:



LU

**Now I have to pay for my actions bro…**
Sep 8, 2023, 8:47 PM: u u

LU

**Bro what is your opinion of this?**
Sep 8, 2023, 8:47 PM: u u

EH

**I have no opinion…..**
Sep 8, 2023, 8:47 PM:

EH

**Unfortunately**
Sep 8, 2023, 8:47 PM:

LU

**Media transfer**
Sep 8, 2023, 8:51 PM: u u
(Message cont nues)





T-Mobile 5G 11:12 PM 33%

r/IAmA

877 1770 Share

ihu · 11y

So, what you're saying is, we should conduct paramilitary raids resulting in violence on peaceful people engaging in voluntary acts of trade?

-1

BeefPieSoup · 11y

No. Where did I say that? Are you an idiot?

2

ihu · 11y

No, I am most certainly not an idiot. But when you display so much hatred for a peaceful human being who happened to engage in trade with a consenting adult, you surely sound like an idiot. I'm talking about like some backwoods bible thumping Westboro Baptist lev idiot here. You don't want to po this image of yourself, do you?

-1

BeefPieSoup · 11y

Sep 8, 2023, 8:51 PM: u u
(Message cont nues)

LU

Sep 8, 2023, 8:51 PM: u u
(Message cont nues)





T-Mobile 5G 11:28 PM 28%

r/IAmA

877 1770 Share

Your position that we should imprison people for making peaceful trades is indicative of a person who supports a violent war on these people. Making voluntary trades a crime is certainly creating an environment for the brutalization of peaceful citizens. I don't really understand how you can't look at our current situation and see that playing out. When you act to imprison "drug offenders," as you wish to do, this is going to involve violence. You cannot have one without the other.

> According to Eastern Kentucky University criminologist Peter Kraska, the number of SWAT raids carried out each year in America has jumped dramatically over the last generation or so, from just a few thousand in the 1980s to around 50,000 by the mid-2000s, when Kraska sto his survey. He found that the majority of the increase is attributable to the drug war -- namely warrant service on low-to-mid-level drug offenders.

LU

Sep 8, 2023, 8:51 PM: u u
(Message cont nues)

Sep 8, 2023, 8:51 PM:  u u

LU

EH  Bro that is so true
Sep 8, 2023, 10:38 PM: 



Damn what do u think of me becoming an Uber driver bro!!!
Sep 8, 2023, 10:38 PM: u u
LU

I served you chads well
Sep 8, 2023, 10:38 PM: u u
LU

EH
I think that's not a bad move
Sep 8, 2023, 10:44 PM:

Monday, September 11, 2023

Are the good times behind me bro???
Sep 11, 2023, 3:28 AM: u u
LU

EH
I'm not sure
Sep 11, 2023, 3:54 AM:

I'm gonna er
Sep 11, 2023, 3:54 AM: u u
LU

With a twist!!
Sep 11, 2023, 3:54 AM: u u
LU

EH
Do you have an official arrest booking?
Sep 11, 2023, 3:54 AM:

EH
damn!!!!
Sep 11, 2023, 3:54 AM:

Possibly bro
Sep 11, 2023, 3:54 AM: u u
LU



**EH** — What twist???
Sep 11, 2023, 3:54 AM: ▮

**LU** — I'm gonna do it at the police station!!
Sep 11, 2023, 3:54 AM: u u

**LU** — Suicide by cop!!
Sep 11, 2023, 3:55 AM: u u

**EH** — DAMN!!!!
Sep 11, 2023, 3:55 AM: ▮

**LU** — Is that chill???
Sep 11, 2023, 3:55 AM: u u

**EH** — bro fuck the police!!!
Sep 11, 2023, 3:55 AM: ▮

**LU** — Those homies took away a homies only means to survive!
Sep 11, 2023, 3:55 AM: u u

**EH** — I know….
Sep 11, 2023, 3:55 AM: ▮

Tuesday, September 12, 2023

**LU** — I just asked for a lawyer
Sep 12, 2023, 9:00 PM: u u

**LU** — Damn do u think there's any way I could say they're not mine?
Sep 12, 2023, 9:01 PM: u u



**LU** — Or am I fucked
Sep 12, 2023, 9:01 PM: u u

**EH** — Potentially
Sep 12, 2023, 9:01 PM: ▮

**EH** — So they found them in your locker
Sep 12, 2023, 9:01 PM: ▮

**LU** — Yes they did
Sep 12, 2023, 9:01 PM: u u

**LU** — The locker was in my name!!
Sep 12, 2023, 9:01 PM: u u

**EH** — Is that correct?
Sep 12, 2023, 9:01 PM: ▮

**LU** — But they continued to question me
Sep 12, 2023, 9:01 PM: u u

**LU** — Which is a violation of my rights!!
Sep 12, 2023, 9:01 PM: u u

**LU** — That's what my lawyer said
Sep 12, 2023, 9:01 PM: u u

**EH** — You could have said you struggle with English
Sep 12, 2023, 9:01 PM: ▮

**LU** — I believe I said yes to when they asked if it was my phone
Sep 12, 2023, 9:01 PM: u u



**LU** Sure could have
Sep 12, 2023, 9:01 PM: u u

**LU** And no when they asked if I purchased my firearm from Pablo
Sep 12, 2023, 9:02 PM: u u

**EH** Bro you have a firearm???
Sep 12, 2023, 9:03 PM: ▮

**EH** holy shit you could be getting locked up for a minute
Sep 12, 2023, 9:03 PM: ▮

**LU** Yes I do
Sep 12, 2023, 9:04 PM: u u

**LU** But they didnnt charge me for it
Sep 12, 2023, 9:04 PM: u u

**EH** bro…….
Sep 12, 2023, 9:06 PM: ▮

Thursday, September 14, 2023

**LU** https://en.m.wikipedia.org/wiki/2014_Isla_Vista_killings
Sep 14, 2023, 4:52 AM: u u

**EH** Damn why'd you send me that
Sep 14, 2023, 12:32 PM: ▮

**EH** Dog you need to be careful!
Sep 14, 2023, 7:30 PM: ▮

**EH** you're under the watch of the police…..
Sep 14, 2023, 7:30 PM: ▮

I might be following in that homies footsteps soon! **LU**
Sep 14, 2023, 7:30 PM: u u

Yes I am **LU**
Sep 14, 2023, 7:30 PM: u u

**EH** you realize they track all of your transactions and your where abouts!
Sep 14, 2023, 7:31 PM: ▮

Damn!! **LU**
Sep 14, 2023, 7:31 PM: u u

I don't have any transactions anymore! **LU**
Sep 14, 2023, 7:31 PM: u u

**EH** They saw your fire arm bro!!!
Sep 14, 2023, 7:31 PM: ▮

Firearms are legal to own! **LU**
Sep 14, 2023, 7:32 PM: u u

I'm gonna er you **LU**
Sep 14, 2023, 7:57 PM: u u

**EH** Bro I'm going to contact the Pima county police department!!!
Sep 14, 2023, 8:05 PM: ▮

Damn!!! **LU**
Sep 14, 2023, 8:05 PM: u u



For saying I'm gonna er?
Sep 14, 2023, 8:05 PM: u u
LU

They won't know what that means!!!
Sep 14, 2023, 8:05 PM: u u
LU

It could be emergency room!!!!
Sep 14, 2023, 8:05 PM: u u
LU

EH
I'll show them incel forums!!!
Sep 14, 2023, 8:06 PM: ▮

Damn!!
Sep 14, 2023, 8:06 PM: u u
LU

Those got taken down
Sep 14, 2023, 8:06 PM: u u
LU

EH
I know life is down bad for you right now
Sep 14, 2023, 8:06 PM: ▮

Why not bro???
Sep 14, 2023, 8:06 PM: u u
LU

Yes it is…
Sep 14, 2023, 8:06 PM: u u
LU

I have no income
Sep 14, 2023, 8:06 PM: u u
LU

And am facing a couple felonies!!!
Sep 14, 2023, 8:06 PM: u u
LU



**LU** — And potential jail time
Sep 14, 2023, 8:06 PM: u u

**EH** — Just see how your court case goes bro….
Sep 14, 2023, 8:06 PM:

**LU** — Who can blame a homie for wanting to er???
Sep 14, 2023, 8:06 PM: u u

**EH** — You'll probably just get probation….
Sep 14, 2023, 8:06 PM:

**EH** — A homie can pull the autist card
Sep 14, 2023, 8:06 PM:

**LU** — Damn I was never diagnosed
Sep 14, 2023, 8:06 PM: u u

**EH** — Bro you told me you got diagnosed recently!
Sep 14, 2023, 8:07 PM:

**LU** — I lied!!!!
Sep 14, 2023, 8:10 PM: u u

**LU** — Am I fucked?
Sep 14, 2023, 8:10 PM: u u

**LU** — I'm going on a rampage
Sep 14, 2023, 8:12 PM: u u

**LU** — On sorority row bro!!!!
Sep 14, 2023, 8:13 PM: u u



**EH** Bro why the fuck????
Sep 14, 2023, 8:20 PM:

**EH** And why would you lie to me!!!
Sep 14, 2023, 8:20 PM:

**EH** You told me you would never!!!
Sep 14, 2023, 8:20 PM:

Damn for the same reason er did
Sep 14, 2023, 8:21 PM: u u **LU**

cause those Stacie's only clap chads mainly!!!
Sep 14, 2023, 8:22 PM: u u **LU**

Why else would I🧡
Sep 14, 2023, 8:22 PM: u u **LU**

?
Sep 14, 2023, 8:22 PM: u u **LU**

Damn I fibbed bro!!!!
Sep 14, 2023, 8:22 PM: u u **LU**

Friday, September 15, 2023

**EH** Hello bro
Sep 15, 2023, 6:05 AM:

Hello…..
Sep 15, 2023, 6:25 AM: u u **LU**

**EH:** I mean U of A chicks are ruthless bro
Sep 15, 2023, 10:56 PM:

**LU:** He's a hero
Sep 15, 2023, 11:02 PM: u u

**LU:** It took some serious balls to do what he did
Sep 15, 2023, 11:02 PM: u u

**LU:** I would like to shake his hand
Sep 15, 2023, 11:02 PM: u u

**LU:** Most incels don't have the courage
Sep 15, 2023, 11:03 PM: u u

**EH:** I have the courage bro
Sep 15, 2023, 11:23 PM:

**EH:** To call the police!
Sep 15, 2023, 11:24 PM:

**LU:** Damn you're gonna snitch?
Sep 15, 2023, 11:24 PM: u u

**LU:** You know what they do to snitches in the slammer??
Sep 15, 2023, 11:27 PM: u u

**EH:** There are so many hurt males out there who can't get women right now bro
Sep 15, 2023, 11:27 PM:

**EH** — Because they're addicted to porn
Sep 15, 2023, 11:27 PM: ▮▮▮

Saturday, September 16, 2023

**LU** — Now that's being used as evidence against me!!
Sep 16, 2023, 12:05 AM: u u

**LU** — Is that chill??
Sep 16, 2023, 12:05 AM: u u

**LU** — But should I send San Diego one last time or nah
Sep 16, 2023, 12:09 AM: u u

**EH** — Possibly bro….
Sep 16, 2023, 12:59 AM: ▮▮▮

**EH** — Get some pussy while you can!!!!
Sep 16, 2023, 12:59 AM: ▮▮▮

**EH** — Crumbl is extremely fire
Sep 16, 2023, 12:59 AM: ▮▮▮

**LU** — I won't have the funds to bro it's like $100!!
Sep 16, 2023, 1:00 AM: u u

**LU** — Plus won't the authorities be notified if I leave the country?
Sep 16, 2023, 1:00 AM: u u

**LU** — Bro do you think those homies would be informed if I went to Tijuana to get pussy one last time??
Sep 16, 2023, 7:41 AM: u u

EH — No I don't think so….
Sep 16, 2023, 6:47 PM: ▮

LU — Damn
Sep 16, 2023, 8:31 PM: u u

LU — So it'll be chill if I go to mehico for like half a day get some puss then come back and act like nothing happened????
Sep 16, 2023, 9:55 PM: u u

EH — Yeah bro
Sep 16, 2023, 10:04 PM: ▮

LU — Damn!!
Sep 16, 2023, 10:04 PM: u u

LU — You don't think they'll detain me??
Sep 16, 2023, 10:05 PM: u u

EH — Nah
Sep 16, 2023, 10:05 PM: ▮

Monday, September 18, 2023

EH — Bro my Chad homies are upset about the incident!!!!
Sep 18, 2023, 1:11 AM: ▮

LU — Why is that??
Sep 18, 2023, 1:12 AM: u u

EH — Because no more jawns:(
Sep 18, 2023, 1:45 AM: ▮



Damn :(
Sep 18, 2023, 1:47 AM: u u
LU

EH
I know!
Sep 18, 2023, 2:54 AM:

I'll be giving you your crssd ticket 72 hours before the event bro….
Sep 18, 2023, 7:01 AM: u u
LU

And Pauline herr/nightmare at nova on the 22nd in case you want to attend that as well
Sep 18, 2023, 7:02 AM: u u
LU

I also have a san holo ticket in la on the 5th if you want that
Sep 18, 2023, 7:05 AM: u u
LU

I figured I would want my tickets to go to a good homie before I er…
Sep 18, 2023, 7:58 AM: u u
LU

I'm a good guy!!
Sep 18, 2023, 7:58 AM: u u
LU

I didn't want things to turn out this
Sep 18, 2023, 8:11 AM: u u
LU

Way
Sep 18, 2023, 8:11 AM: u u
LU

I wanted a happy healthy life full of love and sex
Sep 18, 2023, 8:11 AM: u u
LU

But if I'm unable to have such a life
Sep 18, 2023, 8:11 AM: u u

LU

Then I will have to choice but to exact revenge that denied it to me..
Sep 18, 2023, 8:11 AM: u u

LU

No choice
Sep 18, 2023, 8:12 AM: u u

LU

On the society that
Sep 18, 2023, 8:17 AM: u u

LU

I will purify the world of everything that is wrong with it
Sep 18, 2023, 8:23 AM: u u

LU

On the day of retribution I will truly be a powerful god
Sep 18, 2023, 8:23 AM: u u

LU

Punishing everyone I deem to be impure and deprived
Sep 18, 2023, 8:23 AM: u u

LU

Depraved
Sep 18, 2023, 8:23 AM: u u

LU

EH

Bro!!!!!
Sep 18, 2023, 3:10 PM:

EH

What the fuck!!!!!
Sep 18, 2023, 3:10 PM:

EH

I wanted to invite you over to chill!
Sep 18, 2023, 3:10 PM:

**EH** Bro everyone talks about chads now!
Sep 18, 2023, 3:21 PM:

**EH** Don't ER
Sep 18, 2023, 3:21 PM:

**EH** Bro one of my nerd homies who used to play WoW is now a Chad!!!
Sep 18, 2023, 5:01 PM:

**EH** He got a nose job
Sep 18, 2023, 5:01 PM:

**EH** And gym maxxed
Sep 18, 2023, 5:01 PM:

Damn!!
Sep 18, 2023, 7:38 PM: u u **LU**

Er played wow
Sep 18, 2023, 7:38 PM: u u **LU**

**EH** Bro do you know what you need to do!!!!
Sep 18, 2023, 7:51 PM:

**EH** Lift bro!!!!!
Sep 18, 2023, 7:51 PM:

**EH** Get in the fucking gym pussy!!!!
Sep 18, 2023, 7:51 PM:

**EH** I hate myself bro!!!!
Sep 18, 2023, 7:51 PM:

 **EH** And then I get in the gym and I'm not a fat fuck anymore
Sep 18, 2023, 7:51 PM: 

 Bro should I try to go to san holo in la at least
Sep 18, 2023, 8:05 PM: u u  LU

 On the 5th
Sep 18, 2023, 8:05 PM: u u  LU

 I have Been going
Sep 18, 2023, 8:05 PM: u u  LU

 Then I got arrested
Sep 18, 2023, 8:05 PM: u u  LU

 And wasn't able to for a couple weeks due to me not having a car!!!
Sep 18, 2023, 8:05 PM: u u  LU

 But I just got my car back bro!!
Sep 18, 2023, 8:05 PM: u u  LU

 My favorite Asian dj is opening for that homie!!!
Sep 18, 2023, 8:06 PM: u u  LU

 She's got
Sep 18, 2023, 8:06 PM: u u  LU

 Hot
Sep 18, 2023, 8:06 PM: u u  LU

 I start my wageslave job today bro!!!
Sep 18, 2023, 8:06 PM: u u LU

Making minimum wage
Sep 18, 2023, 8:06 PM: u u

LU

Hopefully I'll besieging with some Stacie's!!
Sep 18, 2023, 8:06 PM: u u

LU

Be working
Sep 18, 2023, 8:06 PM: u u

LU

I can't clap anymore
Sep 18, 2023, 8:07 PM: u u

LU

Due to having no funds :(
Sep 18, 2023, 8:07 PM: u u

LU

EH

Bro what job???
Sep 18, 2023, 8:32 PM: ▮▮

EH

Also the fact you were found with jawns isn't the worst thing
Sep 18, 2023, 8:32 PM: ▮▮

Chick fil a
Sep 18, 2023, 8:33 PM: u u

LU

Also coke but they didn't mention that for some reason
Sep 18, 2023, 8:33 PM: u u

LU

They were more interested in the Jawns
Sep 18, 2023, 8:33 PM: u u

LU

Damn they found a lot of Jawns bro'nn
Sep 18, 2023, 8:33 PM: u u

LU

I had just Reupped the day before
Sep 18, 2023, 8:33 PM: u u

LU

I'm currently writing my manifesto is that chill?
Sep 18, 2023, 9:29 PM: u u

LU

EH

I mean because that was your main business!
Sep 18, 2023, 9:29 PM: ▮▮▮

EH

can I read it???
Sep 18, 2023, 9:29 PM: ▮▮▮

Damn you wanted to invite me over to chill before I er!!
Sep 18, 2023, 9:29 PM: u u

LU

Sure bro
Sep 18, 2023, 9:29 PM: u u

LU

It's just about how I hate chads and Stacie's
Sep 18, 2023, 9:29 PM: u u

LU

EH

let me read it so far bro
Sep 18, 2023, 9:29 PM: ▮▮▮

And how it's ropefuel seeing Stacy and chad couples out!!!!
Sep 18, 2023, 9:29 PM: u u

LU

EH

Do you hate me????
Sep 18, 2023, 9:29 PM: ▮▮▮

And how society had failed me
Sep 18, 2023, 9:29 PM: u u

LU

No I don't
Sep 18, 2023, 9:29 PM: u u
LU

But I don't think I can leave the state
Sep 18, 2023, 9:29 PM: u u
LU

To chill with a homie like yourself!!!!
Sep 18, 2023, 9:29 PM: u u
LU

It hasn't??
Sep 18, 2023, 9:29 PM: u u
LU

Damn!!!!
Sep 18, 2023, 9:29 PM: u u
LU

EH
It's your mothers fault bro
Sep 18, 2023, 9:29 PM:

Yes it was
Sep 18, 2023, 9:29 PM: u u
LU

EH
Why haven't you realized that
Sep 18, 2023, 9:29 PM:

Now I have no income!!!
Sep 18, 2023, 9:30 PM: u u
LU

EH
She put you in this position bro
Sep 18, 2023, 9:30 PM:

Well she sure didn't help!!
Sep 18, 2023, 9:30 PM: u u
LU

Tuesday, September 19, 2023

 I'm a wage cuck now bro
Sep 19, 2023, 8:03 PM: u u

 LU

 While chads are clapping their Stacy gfs a homie is wage ducking for minimum wage :(((
Sep 19, 2023, 8:04 PM: u u

 LU

 Cucking
Sep 19, 2023, 8:04 PM: u u

 LU

 Media transfer
Sep 19, 2023, 8:04 PM: u u
(Message cont nues)

 LU





Sep 19, 2023, 8:04 PM:  u u



That's me bro…..
Sep 19, 2023, 8:04 PM:  u u

LU

 Damn who can blame homies who just wagecuck mainly and get zero puss and zero love for ering????
Sep 19, 2023, 8:07 PM: u u
 LU

Thursday, September 21, 2023

 Bro I've been listening and fapping to audio porn on r/gone wild audio and pretending like I'm clapping my gf
Sep 21, 2023, 7:46 PM: u u
 LU

 I'm down horrendous :(
Sep 21, 2023, 7:47 PM: u u
 LU

 And I have to see chads come in with their hot Stacy gfs mainly on a daily basis at chick fil dick!!!
Sep 21, 2023, 7:47 PM: u u
 LU

 It's quite rope fuel
Sep 21, 2023, 7:47 PM: u u
 LU

 Who can blame a homie for wanting to er??
Sep 21, 2023, 7:47 PM: u u
 LU

 A homie was gonna pay for therapy on better help.con with his dirty money but now he doesn't have the means to do so!!
Sep 21, 2023, 7:47 PM: u u
 LU

 While making minimum wage at chick fil dick!!!
Sep 21, 2023, 7:48 PM: u u
 LU

 It makes a homie want to get back in the game!!!
Sep 21, 2023, 7:48 PM: u u
 LU

I was fucked by the long dick of the law!
Sep 21, 2023, 7:52 PM: u u
LU

LU — Why would you want to help a homie who said he was gonna er you???
Sep 21, 2023, 8:01 PM: u u

LU — Hello bro
Sep 21, 2023, 10:27 PM: u u

LU — What's the most loserish thing you've ever seen someone do?
Sep 21, 2023, 10:27 PM: u u

EH — Shoot guns
Sep 21, 2023, 10:52 PM: ▇

LU — Bro I signed up for Uber!!
Sep 21, 2023, 10:52 PM: u u

LU — My vehicle somehow passed the inspection lol
Sep 21, 2023, 10:52 PM: u u

EH — Dude that's huge
Sep 21, 2023, 10:52 PM: ▇

EH — That's not a wagie job
Sep 21, 2023, 10:52 PM: ▇

LU — No it's not
Sep 21, 2023, 10:53 PM: u u

LU — But it's put wear and tear on my car
Sep 21, 2023, 10:53 PM: u u

Bro I want to move out of my mothers
Sep 21, 2023, 10:53 PM: u u

LU

I'm looking at a place on Sunday
Sep 21, 2023, 10:53 PM: u u

LU

It's $600/month with a $400 deposit
Sep 21, 2023, 10:54 PM: u u

LU

And I could potentially live and hang out with some Stacie's!!!
Sep 21, 2023, 10:54 PM: u u

LU

I told them I was trans and that my name was lulu
Sep 21, 2023, 10:54 PM: u u

LU

Friday, September 22, 2023

EH

Damn you can't move back into your old place????
Sep 22, 2023, 12:26 AM: ▮▮▮

My mother is renting it out!!
Sep 22, 2023, 12:27 AM: u u

LU

Plus the police know where I live now…
Sep 22, 2023, 12:27 AM: u u

LU

I'm gonna get revenge on the society that has failed me bro!!!!
Sep 22, 2023, 12:28 AM: u u

LU

Would that be chill??)
Sep 22, 2023, 12:28 AM: u u

LU

**EH** Bro do not!!
Sep 22, 2023, 1:30 AM:

**EH** Society didn't fail you, your mother failed you bro!
Sep 22, 2023, 1:30 AM:

Damn!!!!
Sep 22, 2023, 1:30 AM: u u **LU**

What about getting revenge??
Sep 22, 2023, 1:30 AM: u u **LU**

**EH** Bro
Sep 22, 2023, 1:30 AM:

Would that be chill??
Sep 22, 2023, 1:31 AM: u u **LU**

That's chill
Sep 22, 2023, 1:31 AM: u u **LU**

No Stacie's want to chill with a wage cuck
Sep 22, 2023, 1:31 AM: u u **LU**

They prefer wealthy chads mainly
Sep 22, 2023, 1:31 AM: u u **LU**

Saturday, September 23, 2023

You're a good man
Sep 23, 2023, 12:03 AM: u u **LU**



LU — I would like to shake your hand
Sep 23, 2023, 12:03 AM: u u

EH — Same!!!
Sep 23, 2023, 3:54 AM: ▮▮▮

LU — I shall spare you on the day of retribution
Sep 23, 2023, 3:55 AM: u u

LU — And your homies
Sep 23, 2023, 3:55 AM: u u

LU — But the chads I don't know must go!!!
Sep 23, 2023, 3:55 AM: u u