GARY M. RESTAINO
United States Attorney
District of Arizona
ADAM D. ROSSI
Assistant United States Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: adam.rossi2@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br> vs.<br><br>Michael Pengchung Lee,<br><br>    Defendant. | 4:23-cr-01694-RM-1<br><br>SENTENCING MEMORANDUM |

   Plaintiff, United States of America, by its attorneys, GARY M. RESTAINO, United States Attorney, and ADAM D. ROSSI, Assistant United States Attorney, hereby submit its sentencing memorandum in the above-captioned matter. The sentencing hearing is currently scheduled for July 2, 2024, before the Honorable United States District Court Judge Rosemary Márquez.

<strong><u>MEMORANDUM OF POINTS AND AUTHORITIES</u></strong>

**I.  FACTS AND PROCEDURAL HISTORY**

   In this case, the defendant has a minimal criminal history, but one that indicates increasingly concerning behavior. The defendant has a misdemeanor conviction from 2020 for Disorderly Conduct, and was sentenced to 12 months' probation. Presentence Report, Doc. 46, hereinafter "PSR," ¶ 31. In that instance, the defendant entered into a dispute with an escort, wherein the defendant forced entry into the escort's apartment, assaulted her, and tried to take her money. *Id*. The defendant also sent a picture of a hand holding a pistol to the escort, and stated ""Im done getting taken advantage of no more mr nice guy." *Id*. In

September 2023, the defendant was charged with several for sale controlled substance charges, after a multi-agency task force identified the defendant as selling controlled substances and delivering some via the mail. PSR ¶ 32. On April 3, 2024, the defendant pled guilty in that case to felony Facilitation of Possession of a Dangerous Drug for Sale and Possession of a Dangerous Drug for Sale, with sentencing set for August 12, 2024. *Id*. Notably in that offense, a search of the defendant's storage unit resulted in the seizure of, in addition to large quantities of controlled substances, an unloaded .40-caliber Smith and Wesson pistol, and .40-caliber ammunition. *Id*. As the defendant pleaded guilty and is pending sentencing, this offense is countable as a conviction pursuant to USSG 4A1.2(a)(2)(4). *Id*.

While the defendant has a short, but concerning, criminal history, the defendant's conduct in this case is disturbing, as the criminal conduct greatly affected the community. On October 22, 2023, the University of Arizona Police Department (UAPD) received a report that a person, later identified as the defendant, made threats about committing a mass shooting on the University of Arizona (U of A) campus. UAPD detectives, as members of the Southern Arizona Violent Crime and Gang Task Force, promptly involved the Federal Bureau of Investigation (FBI), and a joint investigation ensued. The resulting investigation revealed the defendant stated the following in a group chat on Snapchat:

- "Theres going to be a mass tragedy and atrocity at the UofA Soon".
- When asked what tragedy, the defendant stated "a Mass shooting". When asked if the defendant meant "at the UofA?" The defendant responded "sure is". When asked how the defendant was planning on committing this mass shooting, the defendant stated, "with an AR-15" and stated "it's Arizona you can just buy one". A group chat member asked when the defendant would purchase the gun, the defendant replied, "I'm not sure, probably right before, so my mom doesn't find it". When asked what day the defendant would conduct the shooting the defendant replied "damn I haven't decided yet".
- The defendant went on to say, "The day of Retribution is upon us, I shall get revenge on all the chads and stacies!!" "Chads" and "stacies" was understood by at least one member of the group chat as a reference to Fraternity and Sorority members. When the defendant saw female members in the group chat screenshotting these posts the defendant stated "fuck you stacies I was gonna give u a warning but now im not". The defendant went on to state, "my alleged crimes? Im gonna commit a much worse crime .... Youll hear about it on the news". The defendant further stated, "It's a solo mission, I'm not normal, I never have been, I'm severely autistic and mentally ill and was never accepted by society, I have no place in the world".

- The defendant then told the group: "also the 10th anniversary of the day of retribution is may 23, 2024 btw, but isn't the UofA gonna be out of session by then?" The "day of retribution" refers to the mass shooter Elliott Roger, who killed sorority and fraternity members in 2014 and was a self-identified involuntary celibate (incel). On Michael Lee's Instagram page, the defendant identifies as a former incel. The defendant's reference to "chads" and "stacies" in earlier Snapchat messages are commonly used terms by incels.
- The defendant finished this conversation on Snapchat by saying: "im gonna do it guys, my mind is made up and there's nothing u can do or say to stop me."

See Doc. 1; see also PSR ¶ 5.

On October 23, 2023, a traffic stop for speeding was conducted on the defendant. PSR ¶ 6; Doc. 1. Post-*Miranda*, the defendant admitted to being the author of the Snapchat threats. *Id*. The defendant was frustrated with homelife and decided to "vent" to the group chat with friends. The defendant admitted to being a former member of the incel community, but claimed to be no longer associated with the movement, despite the specific language used in the group chat. *Id*. The defendant also stated that the defendant had attempted to purchase a firearm two months ago but decided against it. *Id*. The defendant admitted the threats to commit a mass shooting were wrong and concerning. *Id*.

An examination of the defendant's Snapchat account revealed other conversations wherein the defendant made threats to commit a mass shooting at the University of Arizona. *See* PSR ¶ 8. The United States received an extensive download of the defendant's Snapchat account pursuant to a federal warrant. Agents found three further conversations referring to committing to mass shooting. In the other chats, the defendant refers to "ER" or "ERing". (*See* Exhibits 1, 2, and 3, *attached*[1]; *previously proffered* as Doc. 25-1, 25-2, and 31-1 respectively.) ER is the initials of self-described incel Elliot Rodger. Elliot Rodger committed the University of California, Santa Barbara mass shooting in 2014, killing four by gunfire and wounding fourteen others (and seven additional victims by using his car) after stabbing three men to death, emailing a manifesto, and uploading a "Retribution" video to the internet, explaining his motivations. The offense was committed on May 23,

---

[1] The exhibits are redacted to protect the identities of the other individuals in the chats. Also, the chats are listed by earliest date and time last, therefore newer chats appear higher on the page, as provided by Snapchat. The dates and times are also listed on the chats for reference.

2014, and is referred to in the incel community as "the Day of Retribution," which the defendant referred to in his threats in this case on October 22, 2023.

In a Snapchat conversation with another individual, NE, the defendant stated on September 22, 2023, that "I'm gonna be ering [Elliot Rodger-ing] here very soon bro." When NE stated he hoped the defendant wouldn't harm "anyone who is like a fast food worker etc…", the defendant replied "Only chads and staciesn1." (Exhibit 1, pg. 3. Note: "N1" stands for "nice one.") On September 24, 2023, NE asked if the defendant was "still thinking of going the Supreme Gentleman route?" (*Id.*, at pg. 2.) Elliot Rodger is referred to in the incel community as "the Supreme Gentleman." The defendant replied, "Sure am", "I'm going to do it tonight bro", and "Don't go near sorority row." (*Id.*) Clearly the defendant did not do so, but followed up later with the statements, "I just wanted to be loved bro," and "But if I can't have that then I must exact revenge on the society that denied me that." (*Id.*, at pg. 1.)

In a Snapchat group chat, also separate from the group chat where the threats charged were made, on October 17, 2023, the defendant complained about "chads" and stated, "Let's see them act like that when an ar 15 is pointed at their face." (Ex. 2, pg. 35.) Lee further stated, "I'm gonna er those bros sup." (*Id.*, at pg. 34.) On October 20, 2023, the defendant offered, "When I er I'm gonna save a bullet for myself bros." (*Id.*) On October 21, 2023, the defendant goes on to discuss possibly having sexual contact with a minor (*Id.*, pg. 31-33), and gang raping a coed (*Id.*, at pg. 28). The defendant again on October 21 expressed hatred of "chads" and stated, "I can't wait to see the look on their face when I er those homies" and "Knowing that's the last thing they'll ever see." (*Id.*) The conversation continued on that date, and the defendant expressed, "I just think gang raping a Stacy is the way to go at this point bros" and "If those Stacie's won't clap us then we must force them to clap n1." (*Id.*, at pg. 25.) At least one of the participants in the chat pushed back at the defendant on this, and the defendant replied, "What if we raped the chads Stacie's and er the chads" and "That would show those homies who's the real alpha

of the group." (*Id.*, at pg. 24.) When pressed again by the other member of the chat, who stated "Youd live your alpha days out in a cell", the defendant stated the following:

- Dude I thought of a genius idea
- What if we Uber some Stacie's
- Then kidnap them
- During the Uber ride
- And rape them
- NQ
- N1
- That would show the chads who they're fuckojf with
- Classically
- Not if we er afterward
- And save a bullet for ourselves
- N1

(*Id.*, at pg. 23-22.)

When the other member of the chat stated his current situation should encourage him to better his life, the defendant responded with "What about ering to get out of tusuck", "The fast way n1", and "And taking a bunch of chads with you m." (*Id.*, at pg. 19.) later on the same date, during a discussion on making money the defendant referenced the activities that led to his arrest in the state for controlled substance offenses, stating "Uber is shit money anyway" and "I think storage locker trapping is the move." (*Id.*, at pg. 12; the defendant is alleged to have been storing and selling ("trapping") controlled substances in a rented storage unit.) The defendant continued, "Well it doesn't much matter anyway", "I'm gonna er soon", and "Why should I be giving the homies I'm gonna er rides?" (*Id.*, at pg. 12.) The defendant went on to reference drive by shootings, and completing a drive by in order to have revenge on a "chad" that punched him, and that he was going to "er" a fraternity. (*Id.*, at pg. 9-12.)

The other member of the chat that had confronted him earlier on these statements wrote that, "I dont think ER is the right way guy", because "your life will be over." (*Id.*, at pg. 8.) The defendant replied "Sure would be" and "But so would chads." (*Id.*) the defendant continued that he'd been "outcompeted by the chads… For the Stacies" and "It is what it is guy." (*Id.*, at pg. 7.)

On October 22, 2023, the same date of the charged offense, the defendant made

similar statements in this other group chat, and referenced the group chat wherein he made the threat for which he is charged:

- I'm gonna er
. . .
- There's gonna be a mass tragedy and atrocity at the u of a soon
- You'll hear about it on the news n1
- There's gonna be a mass tragedy and atrocity at the u of a soon bros
. . .
- I told some Stacie's i was gonna er
. . .
- Hello bros.. (October 23, 2023)
- The Stacie's threatened to call the 50 on me for saying I was gonna web (12:14 AM)
- Er (12:14 AM)
- Fuckin rofl!! (12:15 AM)
- I told them I would er then first (12:15 AM)
- Them (12:15 AM)
- For doing so (12:15 AM)
(*Id.*, at pg. 3-5.)

The defendant then expressed concern that the police would be looking for him, and tried to arrange another place to stay, other than his mom's house, "to get away from my mom" with others in the group chat stating, "It could be the only thing that prevents me from erring." (*Id.*, at pg. 2.)

In yet another Snapchat conversation with another individual, EH, the defendant stated on June 12, 2023, in response to a suggestion by EH that the defendant should flee to China after an "associate" of the defendant was arrested that "Yes I could." (*See* Exhibits 3, pg. 1-2.) On July 7, 2023, the defendant again referenced mass murderer and incel hero Eric Rodger, and said "I'm gonna ER." (Exhibit 3, pg. 23.) The next day when EH suggests the defendant go to therapy, the defendant replied, "Therapy is a scam." (*Id.*, at pg. 28.) On July 11, 2023, EH sent the defendant an inspiration message from a disabled individual, the defendant frequently claims to be autistic in his messages, and the defendant responded, "He should ER." (*Id.*, at pg. 31-33.) On August 17, 2023, the defendant again stated, "I'm going to ER." (*Id.*, at pg. 35.) On September 8, 2023, the defendant later referenced his arrest on the state case, and stated "Damn it was a good run. 4 years of allegedly selling Jawns to chads!" (*Id.*, at pg. 37.)

Notably the defendant on September 11, 2023, stated again "I'm gonna er," but

added, "With a twist!" (*Id.*, at pg. 43.) When asked by EH what the twist is, the defendant replied "I'm gonna do it at the police station!! Suicide by cop!!" (*Id.*, at pg. 44.) The defendant expressed anger at the police for taking "away a homies only means to survive," and then discussed if he could claim the seized items were not his, despite the storage locker being in his name. (*Id.*, at pg. 44-45.) Importantly, the defendant admitted the firearm recovered in the storage unit was his, and stated regarding police questioning, "And no when they asked if I purchased my firearm from Pablo." (*Id.*, at pg. 46.) This directly contradicts what the defendant has been arguing regarding firearms. The defendant went on to admit he has a firearm "Yes I do," and stated, "but they didnnt charge me for it." (*Id.*, at pg. 46.) Two days later, on September 14, 2023, the defendant sent EH a link to the Isla Vista killings, which were committed by Eric Rodger. (*Id.*) The defendant then stated, "I might be following in homies footsteps soon!" (*Id.*, at pg. 47.) The defendant also agreed that he was under the watch of the police. (*Id.*) The defendant then apparently took issue with what EH said and stated he would ER EH too. (*Id.*, at pg. 47-48.) The defendant stated that the police wouldn't know what "ER" meant, and EH responded that EH would show them the "incel forums." (*Id.*, at pg. 48.)

On the same date, the defendant admitted he was never diagnosed with autism, and that he had lied to EH about it. (*Id.*, at pg. 49.) He also then stated, "I'm going on a rampage," and "On sorority row bro!!!!" (*Id.*) When asked why, the defendant responded, "Damn for the same reason er did." (*Id.*, at pg. 50.) the defendant then went on to defend ER, and called him a "hero." (*Id.*, at pg. 51.) On September 18, 2023, the defendant stated the following:

- I wanted a happy healthy life full of love and sex
- But if I'm unable to have such a life
- Then I will have to choice but to exact revenge that denied it to me..
- No choice
- On the society that
- I will purify the world of everything that is wrong with it
- On the day of retribution I will truly be a powerful god
- Punishing everyone I deem to be impure and deprived
- Depraved

(*Id.*, at pg. 54-55.)

Later the same day, the defendant stated, "I'm currently writing my manifesto is that chill?" (*Id*., at pg. 59.) The defendant went on to explain, "It's just about how I hate chads and Stacie's." (*Id*.) On September 22, 2023, the defendant similarly stated, "I'm going to get revenge on the society that has failed me bro!!!!" (*Id*., at pg. 66.) On September 24, 2023, the defendant made similar statements:

- I shall spare you on the day of retribution
- And your homies
- But the chads I don't know must go!!!

(*Id*., at pg. 68.)

These additional chats clearly rebut what the defendant told agents, that the defendant was a former incel, and the contention that the defendant "distanced himself [*sic*] from extreme positions and antisocial behavior and beliefs." (*See* Doc. 20, pg. 4.)

Notably, the defendant purchased a Glock handgun on February 24, 2023, which was never recovered. PSR ¶ 9. Further, the defendant's vehicle was observed in the area of University of Arizona Greek Row on October 11, 12, 13, 14, 17, 18, 19, 20, and 21, 2023, ranging in times from 9:00 p.m. to 1:00 a.m. PSR ¶ 10. While the defendant may have claimed to have been employed as an Uber driver, *see* Doc. 29, the defendant also stated on chats the intent to use that position to commit atrocious crimes. *See supra*.

## II.   APPLICABLE GUIDELINE CALCULATIONS

The government agrees with the sentencing guideline calculations as set forth in the Presentence Investigation Report. The defendant's total criminal history score of one results in a criminal history category of I. PSR ¶ 34. As to the offense level computation, the base offense level is 12 pursuant to U.S.S.G. § 2A6.1(a)(1). PSR ¶ 20. Two levels are added due to the offense involving two or mor threats, pursuant to U.S.S.G. § 2A6.1(b)(2)(A). PSR ¶ 21. Two levels are subtracted pursuant to U.S.S.G. § 3E1.1(a) for acceptance of responsibility, for a total offense level of 12. PSR ¶¶ 27-28. Together with

the defendant's Criminal History Category of I, the advisory sentencing guideline range is 10 to 16 months imprisonment.[2]

### III. GOVERNMENT'S SENTENCING RECOMMENDATION

The government requests that this Court sentence the defendant to 16 months imprisonment, a sentence recommended sentence by Probation. The government believes this sentence appropriately reflects the severity of the offense and the individual characteristics of the defendant.

The defendant's offense in this case is very serious. The defendant threatened to commit a mass shooting, several times, while having access to firearms, and while facing a state drug-related offense. The defendant also threatened to commit a "suicide by cop" scenario as part of or in place of the threatened mass shooting. The defendant also expressed this threat couched in terms of the incel ideology, placing blame on society, female college students for the defendant's relationship troubles, or failure to have a relationship, and male college students for their ability to have such relationships. *See supra*. The defendant used the name of an incel mass shooter as a verb, called the mass shooter a hero, and repeatedly referred to a mass shooting event perpetrated by the same mass shooter. *See supra*. While the proposed sentence is reasonable, the claim that the defendant did not intend to actually commit a shooting at the University of Arizona, in light of the evidence in this case, rings hollow to the students in the chats, the University as a whole, and the greater Tucson community, which, rightly so, sees the University of Arizona as a central part of the community. *See* PSR ¶¶16, 11, 91-93, and pg. 18-19. As pointed out by the PSR an upward departure may have been appropriate, but in balancing the other factors, the recommended sentence is the balance between the behavior and the defendant's

---

[2] The United States acknowledges that the plea agreement reflects a plea range the same as the guideline range, but after reviewing the specific circumstances of this case, the government believes a plea agreement to the guideline range to be appropriate. *See* PSR pg. 18-19.

personal characteristics. A sentence at the top of the guidelines would be appropriate here, and the 16 month recommendation does just that.

### IV. CONCLUSION

For the reasons stated above, and based on the nature of this serious offense and the defendant's role within it, a sentence of 16 months is appropriate. Therefore, the government would request the Court accept the defendant's plea of guilty, and impose the recommendations of Probation, including a term of 16 months imprisonment, to be followed by 3 years supervised release.

Based upon the nature of the current offense and the criminal history of the defendant, the sentence is sufficient, but not greater than necessary, to reflect the seriousness of the offense, promote respect for the law, and provide just punishment.

Respectfully submitted this 25th day of June, 2024.

GARY M. RESTAINO  
United States Attorney  
District of Arizona  

*s/ Adam D. Rossi*  
ADAM D. ROSSI  
Assistant U.S. Attorney  

Copy of the foregoing served electronically or by other means this 25th day of June, 2024, to:

Thomas E. Higgins, Jr., Esq.,  
Attorney for Defendant